**Fill in this information to identify the case:**

Debtor 1 Sherie Gorley

Debtor 2 ____________________
(Spouse, if filing)

United States Bankruptcy Court for the: Eastern District of Pennsylvania

Case number 25-14226-PMM

Official Form 410S1

# Notice of Mortgage Payment Change

12/25

**If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due.** See Bankruptcy Rule 3002.1.

**Name of creditor:** Navy Federal Credit Union

**Court claim no.** (if known): 11

**Last 4 digits** of any number you use to identify the debtor's account: 2 9 8 1

**Date of payment change:**
Must be at least 21 days after date of this notice: 04/01/2026

**New total payment:**
Principal, interest, and escrow, if any: $1561.57
*For HELOC payment amounts, see Part 3*

## Part 1: Escrow Account Payment Adjustment

**1. Will there be a change in the debtor's escrow account payment?**

☐ No
☑ Yes. Attach a copy of the escrow account statement prepared in a form consistent with applicable nonbankruptcy law. Describe the basis for the change. If a statement is not attached, explain why:
The current escrow payment in the attached Escrow Statement is filed with the POC on 11.12.2025 under claim number 11.

**Current escrow payment:** $ 207.01 **New escrow payment:** $ 254.04

## Part 2: Mortgage Payment Adjustment

**2. Will the debtor's principal and interest payment change based on an adjustment to the interest rate on the debtor's variable-rate account?**

☑ No
☐ Yes. Attach a copy of the rate change notice prepared in a form consistent with applicable nonbankruptcy law. If a notice is not attached, explain why:

**Current interest rate:** ____________% **New interest rate:** ____________%

**Current principal and interest payment:** $ ____________ **New principal and interest payment:** $ ____________

## Part 3: Annual HELOC Notice

**3. Will there be a change in the debtor's home-equity line-of-credit (HELOC) payment for the year going forward?**

☑ No
☐ Yes.

**Current HELOC payment:** $____________

**Reconciliation amount:** + $____________ or

- $____________

**Amount of next payment (including reconciliation amount)** $____________________

**Amount of the new payment thereafter (without reconciliation amount)** $____________________

## Part 4: Other Payment Change

**4. Will there be a change in the debtor's mortgage payment for a reason not listed above?**

- ☑ No
- ☐ Yes. Attach a copy of any documents describing the basis for the change, such as a repayment plan or loan modification agreement.
(*Court approval may be required before the payment change can take effect.*)

Reason for change:

**Current mortgage payment: $** __________________ **New mortgage payment: $** __________________

## Part 5: Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

- ☑ I am the creditor.
- ☐ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

✘ /s/Mitku Workie
Signature

Date 03/06/2026

Print: Mitku Workie
First Name Middle Name Last Name

Preparer
Title

Company Navy Federal Credit Union

Address 820 Follin Lane
Number Street

Address 2

Vienna VA 22180
City State ZIP Code

Contact phone 703-255-8606

Mortgage_Bankruptcy@Navyfederal.org
Email

# UNITED STATES BANKRUPTCY COURT

Eastern District of Pennsylvania

Chapter 13 No. 25-14226-PMM

Judge: Patricia M. Mayer

In re:

Sherie Gorley

Debtor(s).

## CERTIFICATE OF SERVICE

I hereby certify that this Notice, including all attachments, is being served on or before March 09, 2026 via filing with the US Bankruptcy Court's CM ECF system and/or by mailing or providing a copy of this document to a vendor for mailing: By U.S. Postal Service First Class Mail Postage Prepaid.

Debtor:

By U.S. Postal Service First Class Mail Postage Prepaid.
Sherie Gorley
6117 Gardenia Street

Philadelphia PA 19144

By U.S. Postal Service First Class Mail Postage Prepaid.
N/A

Debtor's Attorney:

By U.S. Postal Service First Class Mail Postage Prepaid.
MICHAEL A. CIBIK
Cibik Law, P.C.
1500 Walnut Street Suite 900

Philadelphia PA 19102

By U.S. Postal Service First Class Mail Postage Prepaid.
N/A

Trustee:

By U.S. Postal Service First Class Mail Postage Prepaid.
KENNETH E. WEST
Office of the Chapter 13 Standing Trustee
190 N. Independence Mall West Suite 701

Philadelphia, PA 19106

U.S Trustee:

By U.S. Postal Service First Class Mail Postage Prepaid.
Andrew R. Vara
U.S. Trustee
900 Market Street, Suite 320

Philadelphia PA 19107

/s/Mitku Workie

Preparer

Navy Federal Credit Union

[redacted]

NAVY FEDERAL Credit Union
PO Box 3000
Merrifield, VA 22119-3000


[redacted]
02/04/2026

[redacted]

SHERIE DEMPSTER GORLEY
6117 GARDENIA ST
PHILADELPHIA PA 19144-1016

[redacted]

Dear Member(s):

A recent review of the escrow account for the above-referenced loan was completed to ensure proper funding. Enclosed is the Annual Escrow Analysis which shows a need to increase the escrow balance by $313.50.

**Current Monthly Payment:**

| | |
|---|---|
| Principal and Interest: | $1,307.53 |
| Escrow: | $207.01 |
| Total Monthly Payment: | $1,514.54 |

We will spread the increase amount out over the next 12 months. The new monthly payment will be as follows:

**New Monthly Payment Beginning on 1 April 2026:**

| | |
|---|---|
| Principal and Interest: | $1,307.53 |
| Escrow: | $227.91 |
| Escrow Increase: | $26.13 |
| Total Monthly Payment: | $1,561.57 |

Please note, if your account is contractually 30 days or more past due and you do not make the anticipated escrow account deposits set forth in Item 4 of the New Mortgage Payment Notice and Annual Escrow Analysis Disclosure Statement ("Statement"), your annual escrow analysis may not be accurately projected for the coming year.

**If you have entered and are currently on a forbearance plan, your obligation to make monthly payments, including but not limited to the anticipated escrow account deposits set forth in Item 4 of the Statement, is suspended. Accordingly, any shortage (or deficiency) in your escrow account may be due to the forbearance and any changes to your monthly escrow payment are informational only during your forbearance period.** If amounts become due to taxing authorities, insurers, or homeowners/condominium associations during your forbearance period, and those amounts normally are paid from your escrow account, Navy Federal will advance such amounts on your behalf during the forbearance period. Before the end of your forbearance period, we will contact you to discuss options to repay any advances Navy Federal made on your behalf, to handle any shortages (or deficiencies), and to fund your escrow account for future advances. **You DO NOT need to make any payments to Navy Federal at this time, notwithstanding any other statements to the contrary in this letter.**

As noted above and consistent with federal law, repayment of your escrow increase will be spread in equal payments over the next 12 months. If the required escrow increase is greater or equal to your monthly escrow payment, federal law does not permit us to offer a lump sum payment for the payment of your escrow increase.

If the required escrow increase is less than your monthly escrow payment, you may, solely at your option, choose to pay the escrow increase now in a lump sum payment instead of having us spread the increase over the next 12 months. To do so we will need to receive payment of the increase amount within 30 days from the date of this letter. If you choose to make the optional payment of the increase amount, please complete the Optional Escrow Payment portion of the enclosed analysis and return it to us along with a check in the amount of $313.50. If you choose to pay the optional increase amount in full, your new payment will be the amount stated under Alternative Monthly Payment on the attached Escrow Analysis Disclosure Statement.

Please note that you are under no obligation to make a lump sum payment to cover your escrow increase, but we are providing you with the option as some customers prefer to pay the lump sum in order to limit increases to their payment. If you do not wish to pay the escrow increase in a lump sum payment, no further action is required and the repayment of your escrow increase will be spread in equal payments over the next 12 months as noted above.

If you have any questions, please call us toll-free at 1-888-842-6328. Representatives are available to assist you Monday through Saturday from 7:00 am to 12:00 am and Sunday from 12:00 pm to 12:00 am, Eastern Time. If you prefer, you may write to Navy Federal Credit Union, Mortgage and Equity Correspondence, PO Box 3300, Merrifield, VA 22119-3300. You may also reach us by fax at 703-206-3108.

Sincerely,

Mortgage and Equity Escrow Servicing
Navy Federal Credit Union

Enclosure:
Annual Escrow Analysis

This is an attempt to collect a debt, and any information obtained will be used for that purpose. If you have filed for bankruptcy, you may no longer be personally liable for this debt. In that case, this notice is purely informational, based on your contact with us, and not an attempt to collect a debt. Please contact your bankruptcy attorney with any questions.

EQUAL HOUSING LENDER Federally insured by NCUA.
© 2022 Navy Federal NFCU 40165-MO-ES089 (4-22)


[redacted]

[redacted]

NAVY FEDERAL Credit Union

4 Feb 2026

# New Mortgage Payment Notice and Annual Escrow Analysis Disclosure Statement



[redacted]

Escrow: An escrow account enables the property owner to pay property taxes and insurance in equal monthly installments rather than in one or two large lump sums. The amount of the monthly escrow payment is based on the projected annual amount of the escrow items Navy Federal pays on the property owner's behalf. For example, to determine how much we need to collect with each payment, we divide the projected annual tax and/or insurance bills by 12 (Bi-weekly loans are divided by 26) and add an allowable escrow reserve to cover unanticipated costs. Escrow accounts are reviewed each year to ensure that we are not collecting too much or too little to pay the property taxes and/or insurance payments.

SHERIE DEMPSTER GORLEY
6117 GARDENIA ST
PHILADELPHIA PA 19144-1016

Property Address:
6117 GARDENIA ST
PHILADELPHIA PA 19144

This statement details actual account activity since the previous Escrow Analysis or Initial Disclosure statement and the anticipated activity for the next 12 months. Based on this analysis, there is a need to increase the escrow account balance by $313.50. Increasing the account balance over the next 12 months requires no action on your part. **Effective 1 April 2026, the payment will change as shown below.** If you take no action, the payment will be $1,561.57 beginning 1 April 2026. **If you prefer to pay the full increase now, please return the optional escrow payment coupon below with a check for $313.50 within the next 30 next days.** Then, effective 1 April 2026, the new payment will only be $1,535.44.

| | Current Monthly Payment | New Monthly Payment (Effective 1 April 2026) | Alternative Monthly Payment (After Optional Escrow Payment) |
|---|---|---|---|
| **Principal and Interest** | **$1,307.53** | **$1,307.53** | **$1,307.53** |
| **Escrow** | **$207.01** | **$227.91** | **$227.91** |
| **Escrow Increase (if applicable)** | | **$26.13** | **$313.50** ($26.13 x 12) |
| **Total Monthly Payment** | **$1,514.54** | **$1,561.57** | **$1,535.44** |

## HOW NAVY FEDERAL CALCULATES THE ESCROW PAYMENT

### 1 ITEM — New Monthly Escrow Amount

**Anticipated Disbursements For The Coming Year**

| | |
|---|---|
| **CITY TAX** | **$939.27** |
| **HAZARD INS** | **$1,795.68** |
| **Total Disbursements** | **$2,734.95** |
| **Divided by Months** | **12** |
| **New Monthly Escrow Payment** | **$227.91** |

### 2 ITEM — Escrow Reserve Requirement

| | |
|---|---|
| **Projected Low Balance*** | **($345.23)** |
| **Allowable Low Balance**** | **$455.83** |
| **Escrow Increase Required** | **$313.50** |

***See Item 4 on the next page.**
****The allowable low balance is equal to the Total Disbursement as calculated in Item 1 less mortgage insurance, if applicable, divided by 6 months.**

If the loan is an adjustable rate mortgage, the principal & interest portion of the payment may change within this cycle in accordance with the loan documents.

If the payments are made through an online banking service, please ensure the amount sent to Navy Federal is updated.

NAVY FEDERAL Credit Union
**P.O. Box 3300**
**Merrifield, VA 22119-3300**

**OPTIONAL ESCROW PAYMENT**

### Escrow Account Balance Increase

Include the loan number on the check and mail within 30 days to:

**Navy Federal Credit Union**
**PO Box 3300**
**Merrifield, VA 22119-3300**

Please send this Optional Escrow Payment with your check for the exact amount shown below:

| **Amount Enclosed** | **$313.50** | [redacted] |
|---|---|---|

[redacted]

MEMBER NAME: SHERIE DEMPSTER GORLEY

[redacted]

## 3 ITEM Escrow Account History
## November 2025 - March 2026

If you pay the mortgage in advance, please note: the date column indicates the month in which the payment was credited and not the payment due date.

| Date | Escrow Deposit | | Escrow Disbursements | | | Account Balance | |
|---|---|---|---|---|---|---|---|
| | Projected | Actual | Projected | Actual | Description | Projected | Actual |
| | | | | | Beginning Balance | $2,070.12 | $1,789.58 |
| Nov 2025 | $207.01 | $0.01 * | | | | $2,277.13 | $1,789.59 |
| Dec 2025 | $207.01 | $207.03 * | | | | $2,484.14 | $1,996.62 |
| Jan 2026 | $207.01 | $207.02 * | | $1,795.68 * | HAZARD INS | $2,691.15 | $407.96 |
| Feb 2026 | $207.01 | $207.01 E | $939.27 | $939.27 | CITY/VILLAGE | $1,958.89 | -$324.30 |
| Feb 2026 | | | $1,544.87 | * | HAZARD INS | $414.02 | -$324.30 |
| Mar 2026 | $207.01 | $207.01 E | | | | $621.03 | -$117.29 |

* - Indicates a difference from projected activity either in the amount or the date.
E - Indicates that a deposit or disbursement has not yet occurred, but is expected.

## 4 ITEM Escrow Account Projections For The Coming Year
## April 2026 - March 2027

Navy Federal projects the amounts that will be paid into the escrow account next year and the amounts we will pay out for tax and insurance bills. Remember, these figures are only projections and may not reflect the actual payments made at the time they are due. In addition, at the time of analysis, Navy Federal assumes that all scheduled mortgage payments will be made up to the effective date of the new payment.

| Date | Anticipated Escrow Account Activity | | | Projected Escrow Balance | | |
|---|---|---|---|---|---|---|
| | Deposits | Disbursements | Description | Current | Increase | Required |
| | | | Beginning Balance | -$117.29 | $313.50 | $683.77 |
| Apr 2026 | $227.91 | | | $110.62 | | $911.68 |
| May 2026 | $227.91 | | | $338.53 | | $1,139.59 |
| Jun 2026 | $227.91 | | | $566.44 | | $1,367.50 |
| Jul 2026 | $227.91 | | | $794.35 | | $1,595.41 |
| Aug 2026 | $227.91 | | | $1,022.26 | | $1,823.32 |
| Sep 2026 | $227.91 | | | $1,250.17 | | $2,051.23 |
| Oct 2026 | $227.91 | | | $1,478.08 | | $2,279.14 |
| Nov 2026 | $227.91 | | | $1,705.99 | | $2,507.05 |
| Dec 2026 | $227.91 | | | $1,933.90 | | $2,734.96 |
| Jan 2027 | $227.91 | | | $2,161.81 | | $2,962.87 |
| Feb 2027 | $227.91 | $939.27 | CITY/VILLAGE | $1,450.45 | | $2,251.51 |
| Feb 2027 | | $1,795.68 | HAZARD INS | * $345.23- | | ** $455.83 |
| Mar 2027 | $227.91 | | | $117.32- | | $683.74 |

* - Projected Low Balance.
** - Allowable Low Balance.

This analysis assumes that the account is contractually current. If any person obligated on this loan has filed for bankruptcy, this loan may have been discharged from personal liability. In that case, this notice is purely informational, and is not a demand for payment. Please contact your bankruptcy attorney with any questions.