

# Earnings Statement

SPECIAL PEOPLE IN NORTHEAST INC.
10501 DRUMMOND RD.
PHILADELPHIA, PA. 19154

| | |
|---|---|
| Period Beginning: | 09/21/2025 |
| Period Ending: | 10/04/2025 |
| Pay Date: | 10/10/2025 |

Taxable Marital Status: Single
Exemptions/Allowances:
  Federal:  5
  PA:  0

**SHERIE GORLEY
6117 GARDENIA ST
PHILADELPHIA  PA  19144**

| Earnings | rate | salary/hours | this period | year to date |
|---|---|---|---|---|
| Regular | 2836.26 | 75.00 | 2,836.26 | |
| Leave | | 5.00 | | |
| IncentFit | | | | 234.02 |
| Manager Bonus | | | | 750.00 |
| **Gross Pay** | | | **$2,836.26** | 58,811.03 |

**\* Excluded from federal taxable wages**

Your federal taxable wages this period are
$2,709.26

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -187.17 | 3,758.85 |
| | Social Security Tax | -167.97 | 3,485.27 |
| | Medicare Tax | -39.28 | 815.10 |
| | PA State Income Tax | -86.31 | 1,789.15 |
| | Philadelphia Income Tax | -106.08 | 2,203.14 |
| | PA SUI Tax | -1.99 | 41.17 |
| | **Other** | | |
| | Annual Giving | -4.00 | 84.00 |
| | Depen Care Flex | -102.00* | 2,062.00 |
| | Med Flex Spend | -20.00* | 430.00 |
| | Medical | -5.00* | 105.00 |
| | 29 Prud. Accide | -5.82 | 122.22 |
| | 30 Prud. Term L | -13.85 | 290.85 |
| | IncentFit | | 234.02 |
| | Mileage Reimb | | -941.29 |
| | Partners for Po | | 200.00 |
| | **Net Pay** | **$2,096.79** | |
| | 1st Savings Acc | -2,096.79 | 44,131.55 |
| | **Net Check** | **$0.00** | |

**Other Benefits and Information**

| | this period | total to date |
|---|---|---|
| Totl Hrs Worked | 80.00 | |
| Leave Balance | | 120.75 |

**Important Notes**
COMPANY PH#:(844)774-6226

BASIS OF PAY: SALARY

© 2000 ADP, Inc.

---

SPECIAL PEOPLE IN NORTHEAST INC.
10501 DRUMMOND RD.
PHILADELPHIA, PA. 19154

| Advice number: | 00000410109 |
|---|---|
| Pay date: | 10/10/2025 |

Deposited to the account of
SHERIE GORLEY

amount
$2,096.79

THIS IS NOT A CHECK

## NON-NEGOTIABLE

FEX          100014  00770  0000390112

# Earnings Statement



SPECIAL PEOPLE IN NORTHEAST INC.
10501 DRUMMOND RD.
PHILADELPHIA, PA. 19154

| Period Beginning: | 09/07/2025 |
|---|---|
| Period Ending: | 09/20/2025 |
| Pay Date: | 09/26/2025 |

Taxable Marital Status:   Single
Exemptions/Allowances:
   Federal:   5
   PA:   0

**SHERIE GORLEY**
**6117 GARDENIA ST**
**PHILADELPHIA PA 19144**

## Earnings

| Earnings | rate | salary/hours | this period | year to date |
|---|---|---|---|---|
| Regular | 2836.26 | 80.00 | 2,836.26 | |
| IncentFit | | | | 234.02 |
| Manager Bonus | | | | 750.00 |
| **Gross Pay** | | | **$2,836.26** | 55,974.77 |

**Net Check**                    **$0.00**

\* Excluded from federal taxable wages

Your federal taxable wages this period are
$2,709.26

## Deductions

| Deductions | | this period | year to date |
|---|---|---|---|
| **Statutory** | | | |
| Federal Income Tax | | -187.17 | 3,571.68 |
| Social Security Tax | | -167.98 | 3,317.30 |
| Medicare Tax | | -39.29 | 775.82 |
| PA State Income Tax | | -86.31 | 1,702.84 |
| Philadelphia Income Tax | | -106.08 | 2,097.06 |
| PA SUI Tax | | -1.98 | 39.18 |
| **Other** | | | |
| Annual Giving | | -4.00 | 80.00 |
| Depen Care Flex | | -102.00* | 1,960.00 |
| Med Flex Spend | | -20.00* | 410.00 |
| Medical | | -5.00* | 100.00 |
| 29 Prud. Accide | | -5.82 | 116.40 |
| 30 Prud. Term L | | -13.85 | 277.00 |
| IncentFit | | | 234.02 |
| Mileage Reimb | | | -941.29 |
| Partners for Po | | | 200.00 |
| **Adjustment** | | | |
| Mileage Reimb | | +132.79 | |
| **Net Pay** | | **$2,229.57** | |
| 1st Savings Acc | | -2,229.57 | 42,034.76 |

**Other Benefits and Information**

| | this period | total to date |
|---|---|---|
| Totl Hrs Worked | 80.00 | |
| Leave Balance | | 114.98 |

**Important Notes**
COMPANY PH#:(844)774-6226

BASIS OF PAY: SALARY

© 2000 ADP, Inc.

SPECIAL PEOPLE IN NORTHEAST INC.
10501 DRUMMOND RD.
PHILADELPHIA, PA. 19154

| Advice number: | 00000390112 |
|---|---|
| Pay date: | 09/26/2025 |

Deposited to the account of
**SHERIE GORLEY**

amount
$2,229.57

THIS IS NOT A CHECK

**NON-NEGOTIABLE**

# Earnings Statement



SPECIAL PEOPLE IN NORTHEAST INC.
10501 DRUMMOND RD.
PHILADELPHIA, PA. 19154

| | |
|---|---|
| Period Beginning: | 08/24/2025 |
| Period Ending: | 09/06/2025 |
| Pay Date: | 09/12/2025 |

Taxable Marital Status:  Single
Exemptions/Allowances:
   Federal:  5
   PA:  0

**SHERIE GORLEY**
**6117 GARDENIA ST**
**PHILADELPHIA PA 19144**

| Earnings | rate | salary/hours | this period | year to date |
|---|---|---|---|---|
| Regular | 2836.26 | 72.00 | 2,836.26 | |
| Holiday | | 8.00 | | |
| IncentFit | | | | 234.02 |
| Manager Bonus | | | | 750.00 |
| **Gross Pay** | | | **$2,836.26** | 53,138.51 |

| Other | this period | year to date |
|---|---|---|
| 1st Savings Acc | -2,206.83 | 39,805.19 |
| **Net Check** | **$0.00** | |

**\* Excluded from federal taxable wages**

Your federal taxable wages this period are
$2,709.26

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -187.17 | 3,384.51 |
| | Social Security Tax | -167.97 | 3,149.32 |
| | Medicare Tax | -39.28 | 736.53 |
| | PA State Income Tax | -86.31 | 1,616.53 |
| | Philadelphia Income Tax | -106.08 | 1,990.98 |
| | PA SUI Tax | -1.99 | 37.20 |
| | **Other** | | |
| | Annual Giving | -4.00 | 76.00 |
| | Depen Care Flex | -102.00* | 1,858.00 |
| | Med Flex Spend | -20.00* | 390.00 |
| | Medical | -5.00* | 95.00 |
| | 29 Prud. Accide | -5.82 | 110.58 |
| | 30 Prud. Term L | -13.85 | 263.15 |
| | IncentFit | | 234.02 |
| | Mileage Reimb | | -808.50 |
| | Partners for Po | | 200.00 |
| | **Adjustment** | | |
| | Mileage Reimb | +110.04 | |
| | **Net Pay** | **$2,206.83** | |

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Totl Hrs Worked | 80.00 | |
| Leave Balance | | 104.22 |

**Important Notes**
COMPANY  PH#:(844)774-6226

BASIS OF PAY: SALARY

© 2000 ADP, Inc.

---

SPECIAL PEOPLE IN NORTHEAST INC.
10501 DRUMMOND RD.
PHILADELPHIA, PA. 19154

| Advice number: | 00000370110 |
|---|---|
| Pay date: | 09/12/2025 |

Deposited to the account of
**SHERIE GORLEY**

amount
$2,206.83

THIS IS NOT A CHECK

**NON-NEGOTIABLE**

# Earnings Statement



*SPECIAL PEOPLE IN NORTHEAST INC.*
*10501 DRUMMOND RD.*
*PHILADELPHIA, PA. 19154*

| | |
|---|---|
| Period Beginning: | 08/10/2025 |
| Period Ending: | 08/23/2025 |
| Pay Date: | 08/29/2025 |

Taxable Marital Status: Single
Exemptions/Allowances:
    Federal: 5
    PA: 0

**SHERIE GORLEY**
**6117 GARDENIA ST**
**PHILADELPHIA PA 19144**

| Earnings | rate | salary/hours | this period | year to date |
|---|---|---|---|---|
| Regular | 2836.26 | 40.00 | 2,836.26 | |
| IncentFit | | | 92.02 | 234.02 |
| Leave | | 40.00 | | |
| Manager Bonus | | | | 750.00 |
| **Gross Pay** | | | **$2,928.28** | 50,302.25 |

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -198.21 | 3,197.34 |
| | Social Security Tax | -173.68 | 2,981.35 |
| | Medicare Tax | -40.62 | 697.25 |
| | PA State Income Tax | -89.13 | 1,530.22 |
| | Philadelphia Income Tax | -109.52 | 1,884.90 |
| | PA SUI Tax | -2.05 | 35.21 |
| | **Other** | | |
| | Annual Giving | -4.00 | 72.00 |
| | Depen Care Flex | -102.00* | 1,756.00 |
| | IncentFit | -92.02 | 234.02 |
| | Med Flex Spend | -20.00* | 370.00 |
| | Medical | -5.00* | 90.00 |
| | 29 Prud. Accide | -5.82 | 104.76 |
| | 30 Prud. Term L | -13.85 | 249.30 |
| | Mileage Reimb | | -698.46 |
| | Partners for Po | | 200.00 |
| | **Net Pay** | **$2,072.38** | |
| | 1st Savings Acc | -2,072.38 | 37,598.36 |
| | **Net Check** | **$0.00** | |

**\* Excluded from federal taxable wages**

Your federal taxable wages this period are
$2,801.28

**Other Benefits and Information**

| | this period | total to date |
|---|---|---|
| Totl Hrs Worked | 80.00 | |
| Leave Balance | | 93.45 |

**Important Notes**
COMPANY PH#:(844)774-6226

BASIS OF PAY: SALARY

© 2000 ADP, Inc.

---

SPECIAL PEOPLE IN NORTHEAST INC.
10501 DRUMMOND RD.
PHILADELPHIA, PA. 19154

| | |
|---|---|
| **Advice number:** | **00000350112** |
| Pay date: | 08/29/2025 |

Deposited to the account of
**SHERIE GORLEY**

amount
$2,072.38

THIS IS NOT A CHECK

**NON-NEGOTIABLE**

FEX  100014  00770  0000030105  1

# Earnings Statement 

SPECIAL PEOPLE IN NORTHEAST INC.
10501 DRUMMOND RD.
PHILADELPHIA, PA. 19154

| | |
|---|---|
| Period Beginning: | 07/27/2025 |
| Period Ending: | 08/09/2025 |
| Pay Date: | 08/15/2025 |

Taxable Marital Status:  Single
Exemptions/Allowances:
 Federal:  5
 PA:  0

**SHERIE GORLEY
6117 GARDENIA ST
PHILADELPHIA PA 19144**

| Earnings | rate | salary/hours | this period | year to date |
|---|---|---|---|---|
| Regular | 2836.26 | 80.00 | 2,836.26 | |
| IncentFit | | | | 142.00 |
| Manager Bonus | | | | 750.00 |
| **Gross Pay** | | | **$2,836.26** | 47,373.97 |

\* Excluded from federal taxable wages

Your federal taxable wages this period are
$2,709.26

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -187.17 | 2,999.13 |
| | Social Security Tax | -167.98 | 2,807.67 |
| | Medicare Tax | -39.28 | 656.63 |
| | PA State Income Tax | -86.31 | 1,441.09 |
| | Philadelphia Income Tax | -106.08 | 1,775.38 |
| | PA SUI Tax | -1.98 | 33.16 |
| | **Other** | | |
| | Annual Giving | -4.00 | 68.00 |
| | Depen Care Flex | -102.00* | 1,654.00 |
| | Med Flex Spend | -20.00* | 350.00 |
| | Medical | -5.00* | 85.00 |
| | 29 Prud. Accide | -5.82 | 98.94 |
| | 30 Prud. Term L | -13.85 | 235.45 |
| | IncentFit | | 142.00 |
| | Mileage Reimb | -698.46 | |
| | Partners for Po | | 200.00 |
| | **Net Pay** | **$2,096.79** | |
| | 1st Savings Acc | -2,096.79 | 35,525.98 |
| | **Net Check** | **$0.00** | |

**Other Benefits and Information**

| | this period | total to date |
|---|---|---|
| Totl Hrs Worked | 80.00 | |
| Leave Balance | | 122.68 |

**Important Notes**
COMPANY  PH#:(844)774-6226

BASIS OF PAY: SALARY

© 2000 ADP, Inc.

SPECIAL PEOPLE IN NORTHEAST INC.
10501 DRUMMOND RD.
PHILADELPHIA, PA. 19154

| | |
|---|---|
| **Advice number:** | **00000330105** |
| Pay date: | 08/15/2025 |

Deposited to the account of
**SHERIE GORLEY**

amount
$2,096.79

THIS IS NOT A CHECK

**NON-NEGOTIABLE**

# Earnings Statement



SPECIAL PEOPLE IN NORTHEAST INC.
10501 DRUMMOND RD.
PHILADELPHIA, PA. 19154

| | |
|---|---|
| Period Beginning: | 07/13/2025 |
| Period Ending: | 07/26/2025 |
| Pay Date: | 08/01/2025 |

Taxable Marital Status: Single
Exemptions/Allowances:
Federal: 5
PA: 0

**SHERIE GORLEY
6117 GARDENIA ST
PHILADELPHIA PA 19144**

## Earnings

| Earnings | rate | salary/hours | this period | year to date |
|---|---|---|---|---|
| Regular | 2836.26 | 78.00 | 2,836.26 | |
| Leave | | 2.00 | | |
| IncentFit | | | | 142.00 |
| Manager Bonus | | | | 750.00 |
| **Gross Pay** | | | **$2,836.26** | 44,537.71 |

## Deductions

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -187.17 | 2,811.96 |
| | Social Security Tax | -167.97 | 2,639.69 |
| | Medicare Tax | -39.29 | 617.35 |
| | PA State Income Tax | -86.31 | 1,354.78 |
| | Philadelphia Income Tax | -106.08 | 1,669.30 |
| | PA SUI Tax | -1.99 | 31.18 |
| | **Other** | | |
| | Annual Giving | -4.00 | 64.00 |
| | Depen Care Flex | -102.00* | 1,552.00 |
| | Med Flex Spend | -20.00* | 330.00 |
| | Medical | -5.00* | 80.00 |
| | 29 Prud. Accide | -5.82 | 93.12 |
| | 30 Prud. Term L | -13.85 | 221.60 |
| | IncentFit | | 142.00 |
| | Mileage Reimb | | -698.46 |
| | Partners for Po | | 200.00 |
| | **Net Pay** | **$2,096.78** | |
| | 1st Savings Acc | -2,096.78 | 33,429.19 |
| | **Net Check** | **$0.00** | |

\* Excluded from federal taxable wages

Your federal taxable wages this period are
$2,709.26

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Totl Hrs Worked | 80.00 | |
| Leave Balance | | 111.92 |

**Important Notes**
COMPANY PH#:(844)774-6226

BASIS OF PAY: SALARY

YOUR SALARY RATE HAS BEEN CHANGED FROM 2,720.63 TO
2,836.26.

© 2000 ADP, Inc.

SPECIAL PEOPLE IN NORTHEAST INC.
10501 DRUMMOND RD.
PHILADELPHIA, PA. 19154

| | |
|---|---|
| **Advice number:** | **00000310104** |
| Pay date: | 08/01/2025 |

Deposited to the account of
SHERIE GORLEY

amount
$2,096.78

THIS IS NOT A CHECK

**NON-NEGOTIABLE**