# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF PENNSYLVANIA
### Philadelphia Division

| | |
|---|---|
| Sherie Gorley,<br><br>                    Debtor. | Case No. 25-14226-PMM<br>Chapter 13 |

## Certificate of Service

      I, Michael A. Cibik, certify that on October 21, 2025, I did cause a true and correct copy of the documents described below to be served on the parties listed on the mailing list exhibit, a copy of which is attached and incorporated as if fully set forth herein, by the means indicated and to all parties registered with the Clerk to receive electronic notice via the CM/ECF system:

- Chapter 13 Plan (ECF No. 3)

      I certify under penalty of perjury that the above document(s) was sent using the mode of service indicated below.

Date: October 21, 2025

                                              /s/ Michael A. Cibik
                                              Michael A. Cibik (#23110)
                                              Cibik Law, P.C.
                                              1500 Walnut Street, Suite 900
                                              Philadelphia, PA 19102
                                              215-735-1060
                                              mail@cibiklaw.com

Method of Service CM/ECF

**U.S. Trustee**
Robert NC Nix, Sr. Federal Building 900 Market Street
Suite 320
Philadelphia, PA 19107

**Kenneth E. West**
Chapter 13 Trustee
190 N. Independence Mall West, Suite 701
Philadelphia, PA 19106

American Express National Bank
c/o Becket and Lee LLP
PO Box 3001
Malvern, PA 19355-0701

Bank of America, N.A.
PO Box 673033
Dallas, TX 75267-3033

Citibank
Citicorp Cr Srvs/Centralized Bankruptcy
PO Box 790040
Saint Louis, MO 63179-0027

City of Philadelphia
c/o City of Philadelphia
Municipal Services Building
1401 John F Kennedy Blvd Fl 5
Philadelphia, PA 19102-1617

City of Philadelphia
Parking Violation Branch
PO Box 41819
Philadelphia, PA 19101-1819

Ditech
Attn: Bankruptcy
PO Box 10826
Greenville, SC 29603-0826

Elan Fin Svcs/fulton
Cb Disputes
Saint Louis, MO 63166

Fnb Omaha
Attn: Bankruptcy
P.O. Box 3128
Omaha, NE 68103

Fnb Omaha
Attn: Community Bank
P.O. Box 3128
Omaha, NE 68103

Fulton Bank, N.A.
533 Fellowship Road Suite 250
Mount Laurel, NJ 08054

Internal Revenue Service
Centralized Insolvency Operation
PO Box 7346
Philadelphia, PA 19101-7346

JPMorgan Chase Bank, N.A.
s/b/m/t Chase Bank USA, N.A.
c/o National Bankruptcy Services, LLC
P.O. Box 9013
Addison, TX 75001

Keybank NA
Attn: Bankruptcy
4910 Tiedeman Rd OH-01-51-0622
Brooklyn, OH 44144

Lending Club
Attn: Bankruptcy
595 Market Street, Suite 200
San Francisco, CA 94105

Marquette Savings Bank
Attn: Bankruptcy
920 Peach St
Erie, PA 16501-1404

Mohela
Attn: Bankruptcy
633 Spirit Dr
Chesterfield, MO 63005-1243

Navy Federal Credit Union
Attn: Bankruptcy
PO Box 3000
Merrifield, VA 22119-3000

NMAC
Attn: Bankruptcy
PO Box 660366
Dallas, TX 75266-0366

PECO Energy Company
2301 Market St
Philadelphia, PA 19103-1338

Pennsylvania Attorney General
16th Floor, Strawberry Square
Harrisburg, PA 17120-0001

Pennsylvania Department of Revenue
Bankruptcy Division
1 Revenue Pl
Harrisburg, PA 17129-0001

Pennsylvania Office of General Counsel
333 Market St Fl 17
Harrisburg, PA 17101-2210

Pentagon Federal Credit Union
Attn: Bankruptcy
P.O. Box 1432
Alexandria, VA 22313-2032

PGW
Legal - Bankruptcy Unit
800 W Montgomery Ave Fl 3
Philadelphia, PA 19122-2806

**Method of Service – First Class Mail (continued):**

Philadelphia Municipal Court
Traffic Division
800 Spring Garden St
Philadelphia, PA 19123-2616

Philadelphia Parking Authority
Bankruptcy Department
701 Market St
Philadelphia, PA 19106-1538

Sam's Club
c/o Synchrony Bank
Po Box 965060
Orlando, FL 32896-5060

Sb1 Federal Credit Unio
P.o. Box 7480
Philadelphia, PA 19101

Springlf Fin
Po Box 1010
Evansville, IN 47706

Synchrony Bank
Attn: Bankruptcy
PO Box 965064
Orlando, FL 32896-5064

TD Bank, N.A.
Attn: Bankruptcy
32 Chestnut Street PO Box 1377
Lewiston, ME 04243

Truist Bank
Attn: Bankruptcy
214 N Tryon St Ste 3
Charlotte, NC 28202

Trumark Financial Credit Union
Attn: Bankruptcy
335 Commerce Dr
Ft Washington, PA 19034-2701

U.S. Attorney, Eastern District of Pa.
615 Chestnut St Ste 1250
Philadelphia, PA 19106-4404

U.S. Department of Justice
Attorney General
PO Box 683
Washington, DC 20044-0683

Univest Bank & Trust Co.
Attn: Bankruptcy
14 N Main St
Souderton, PA 18964-1713

Usdoe/glelsi
2401 International Lane
Madison, WI 53704

WSFS Bank
500 Delaware Ave
Wilmington, DE 19801-1490