**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Sherie** | | **Gorley** |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: **Eastern** District of **Pennsylvania**

Case number **25-14226**
(if known)

☑ Check if this is an amended filing

Official Form 106E/F

# Schedule E/F: Creditors Who Have Unsecured Claims   12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY claims and Part 2 for creditors with NONPRIORITY claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B:* Property (Official Form 106A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 106G). Do not include any creditors with partially secured claims that are listed in *Schedule D: Creditors Who Have Claims Secured by Property*. If more space is needed, copy the Part you need, fill it out, number the entries in the boxes on the left. Attach the Continuation Page to this page. On the top of any additional pages, write your name and case number (if known).

## Part 1: List All of Your PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims against you?**
   ☑ No. Go to Part 2.
   ☐ Yes.

## Part 2: List All of Your NONPRIORITY Unsecured Claims

3. **Do any creditors have nonpriority unsecured claims against you?**
   ☐ No. You have nothing to report in this part. Submit this form to the court with your other schedules.
   ☑ Yes

4. **List all of your nonpriority unsecured claims in the alphabetical order of the creditor who holds each claim.** If a creditor has more than one nonpriority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. Do not list claims already included in Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3. If you have more than three nonpriority unsecured claims fill out the Continuation Page of Part 2.

**Total claim**

**4.1** **American Express National Bank**   Last 4 digits of account number ___ ___ ___ ___   **$13,022.08**
Nonpriority Creditor's Name
**c/o Becket and Lee LLP**   When was the debt incurred? _____

**PO Box 3001**
Number   Street   **As of the date you file, the claim is:** Check all that apply.
**Malvern, PA 19355-0701**   ☐ Contingent
City   State   ZIP Code   ☐ Unliquidated
☐ Disputed

**Who incurred the debt?** Check one.   **Type of NONPRIORITY unsecured claim:**
☑ Debtor 1 only   ☐ Student loans
☐ Debtor 2 only   ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another   ☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Check if this claim is for a community debt   ☑ Other. Specify **Business Credit Card Personal Liability**

**Is the claim subject to offset?**
☑ No
☐ Yes

Official Form 106E/F   Schedule E/F: Creditors Who Have Unsecured Claims   page **1** of **17**

Debtor 1  **Sherie** **Gorley**  Case number *(if known)* **25-14226**
First Name   Middle Name   Last Name

| Part 2: | Your NONPRIORITY Unsecured Claims – Continuation Page |

**After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth.**   Total claim

**4.2**   **American Express National Bank**   Last 4 digits of account number ___ ___ ___ ___   **$3,490.50**
Nonpriority Creditor's Name
**c/o Becket and Lee LLP**   **When was the debt incurred?** _____

**PO Box 3001**
Number   Street   **As of the date you file, the claim is:** Check all that apply.
**Malvern, PA 19355-0701**   ❏ Contingent
City   State   ZIP Code   ❏ Unliquidated
❏ Disputed

**Who incurred the debt?** Check one.   **Type of NONPRIORITY unsecured claim:**
☑ Debtor 1 only   ❏ Student loans
❏ Debtor 2 only   ❏ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
❏ Debtor 1 and Debtor 2 only
❏ At least one of the debtors and another   ❏ Debts to pension or profit-sharing plans, and other similar debts
❏ **Check if this claim is for a community debt**   ☑ Other. Specify **Business Credit Card Personal Liability**

**Is the claim subject to offset?**
☑ No
❏ Yes

**4.3**   **Bank of America, N.A.**   Last 4 digits of account number ___ ___ ___ ___   **$6,759.00**
Nonpriority Creditor's Name
**PO Box 673033**   **When was the debt incurred?** _____
Number   Street

**As of the date you file, the claim is:** Check all that apply.
❏ Contingent
**Dallas, TX 75267-3033**   ❏ Unliquidated
City   State   ZIP Code   ❏ Disputed

**Who incurred the debt?** Check one.   **Type of NONPRIORITY unsecured claim:**
☑ Debtor 1 only   ❏ Student loans
❏ Debtor 2 only   ❏ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
❏ Debtor 1 and Debtor 2 only
❏ At least one of the debtors and another   ❏ Debts to pension or profit-sharing plans, and other similar debts
❏ **Check if this claim is for a community debt**   ☑ Other. Specify **Business Credit Card Personal Liability**

**Is the claim subject to offset?**
☑ No
❏ Yes

Official Form 106E/F   Schedule E/F: Creditors Who Have Unsecured Claims   page **2** of **17**

Debtor 1  **Sherie** **Gorley**  Case number *(if known)* **25-14226**
          First Name    Middle Name    Last Name

### Part 2: Your NONPRIORITY Unsecured Claims — Continuation Page

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth.   Total claim

---

**4.4  Bank of America, N.A.**
Nonpriority Creditor's Name

**PO Box 673033**
Number   Street

**Dallas, TX 75267-3033**
City    State    ZIP Code

Last 4 digits of account number  __ __ __ __     $4,424.00

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who incurred the debt?** Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify **Business Credit Card Personal Liability**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**4.5  Citibank**
Nonpriority Creditor's Name

**Citicorp Cr Srvs/Centralized Bankruptcy**

**PO Box 790040**
Number   Street

**Saint Louis, MO 63179-0027**
City    State    ZIP Code

Last 4 digits of account number  **7 3 0 5**     $159.00

**When was the debt incurred?** **9/1/2014**

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who incurred the debt?** Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify **CreditCard**

**Is the claim subject to offset?**
☑ No
☐ Yes

| Debtor 1 | **Sherie** | | **Gorley** | Case number *(if known)* **25-14226** |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

### Part 2: Your NONPRIORITY Unsecured Claims — Continuation Page

**After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth.**                                                                                               **Total claim**

---

**4.6**  **Fnb Omaha**                                                          **Last 4 digits of account number** ___ ___ ___ ___                         **$12,920.62**
Nonpriority Creditor's Name
**Attn: Bankruptcy**                                                            **When was the debt incurred?** _____

**P.O. Box 3128**
Number          Street                                                          **As of the date you file, the claim is:** Check all that apply.
**Omaha, NE 68103**                                                             ☐ Contingent
City                State              ZIP Code                                 ☐ Unliquidated
                                                                                ☐ Disputed

**Who incurred the debt?** Check one.                                           **Type of NONPRIORITY unsecured claim:**
☑ Debtor 1 only                                                                 ☐ Student loans
☐ Debtor 2 only                                                                 ☐ Obligations arising out of a separation agreement or divorce that you did not report as
☐ Debtor 1 and Debtor 2 only                                                         priority claims
☐ At least one of the debtors and another                                       ☐ Debts to pension or profit-sharing plans, and other similar debts
☐ **Check if this claim is for a community debt**                               ☑ Other. Specify  **Business Credit Card Personal Liability**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**4.7**  **Fnb Omaha**                                                          **Last 4 digits of account number** ___ ___ ___ ___                         **$13,103.86**
Nonpriority Creditor's Name
**Attn: Community Bank**                                                        **When was the debt incurred?** _____

**P.O. Box 3128**
Number          Street                                                          **As of the date you file, the claim is:** Check all that apply.
**Omaha, NE 68103**                                                             ☐ Contingent
City                State              ZIP Code                                 ☐ Unliquidated
                                                                                ☐ Disputed

**Who incurred the debt?** Check one.                                           **Type of NONPRIORITY unsecured claim:**
☑ Debtor 1 only                                                                 ☐ Student loans
☐ Debtor 2 only                                                                 ☐ Obligations arising out of a separation agreement or divorce that you did not report as
☐ Debtor 1 and Debtor 2 only                                                         priority claims
☐ At least one of the debtors and another                                       ☐ Debts to pension or profit-sharing plans, and other similar debts
☐ **Check if this claim is for a community debt**                               ☑ Other. Specify  **Business Credit Card Personal Liability**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Official Form 106E/F                    **Schedule E/F: Creditors Who Have Unsecured Claims**                             page **4** of **17**

Debtor 1  **Sherie** _____ **Gorley** ___ Case number *(if known)* **25-14226**
           First Name   Middle Name   Last Name

| Part 2: | Your NONPRIORITY Unsecured Claims – Continuation Page |

**After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth.**   **Total claim**

**4.8**  **Fulton Bank, N.A.**    Last 4 digits of account number ___ ___ ___ ___     **$18,432.04**
Nonpriority Creditor's Name
**533 Fellowship Road Suite 250**     **When was the debt incurred?** _____
Number        Street

**Mount Laurel, NJ 08054**     **As of the date you file, the claim is:** Check all that apply.
City        State        ZIP Code
                                          ☐ Contingent
                                          ☐ Unliquidated
                                          ☐ Disputed

**Who incurred the debt?** Check one.   **Type of NONPRIORITY unsecured claim:**
☑ Debtor 1 only                         ☐ Student loans
☐ Debtor 2 only                         ☐ Obligations arising out of a separation agreement or divorce that you did not report as
☐ Debtor 1 and Debtor 2 only              priority claims
☐ At least one of the debtors and another  ☐ Debts to pension or profit-sharing plans, and other similar debts
☐ **Check if this claim is for a community debt**  ☑ Other. Specify  **Business Credit Card Personal Liability**

**Is the claim subject to offset?**
☑ No
☐ Yes

**4.9**  **JPMorgan Chase Bank, N.A.**    Last 4 digits of account number ___ ___ ___ ___     **$6,837.21**
Nonpriority Creditor's Name
**s/b/m/t Chase Bank USA, N.A. c/o National**    **When was the debt incurred?** _____
**Bankruptcy Services, LLC**

**P.O. Box 9013**     **As of the date you file, the claim is:** Check all that apply.
Number        Street                    ☐ Contingent
**Addison, TX 75001**                   ☐ Unliquidated
City        State        ZIP Code       ☐ Disputed

**Who incurred the debt?** Check one.   **Type of NONPRIORITY unsecured claim:**
☑ Debtor 1 only                         ☐ Student loans
☐ Debtor 2 only                         ☐ Obligations arising out of a separation agreement or divorce that you did not report as
☐ Debtor 1 and Debtor 2 only              priority claims
☐ At least one of the debtors and another  ☐ Debts to pension or profit-sharing plans, and other similar debts
☐ **Check if this claim is for a community debt**  ☑ Other. Specify  **Business Credit Card Personal Liability**

**Is the claim subject to offset?**
☑ No
☐ Yes

| Debtor 1 | **Sherie** | | **Gorley** | Case number *(if known)* **25-14226** |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

### Part 2: Your NONPRIORITY Unsecured Claims — Continuation Page

**After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth.**    **Total claim**

---

**4.10**  **JPMorgan Chase Bank, N.A.**                              **Last 4 digits of account number** __ __ __ __                **$15,074.67**
Nonpriority Creditor's Name
**s/b/m/t Chase Bank USA, N.A. c/o National**                        **When was the debt incurred?** _____
**Bankruptcy Services, LLC**

**P.O. Box 9013**                                                    **As of the date you file, the claim is:** Check all that apply.
Number        Street
                                                                     ☐ Contingent
**Addison, TX 75001**                                                ☐ Unliquidated
City            State          ZIP Code                              ☐ Disputed

**Who incurred the debt?** Check one.                                **Type of NONPRIORITY unsecured claim:**

☑ Debtor 1 only                                                      ☐ Student loans
☐ Debtor 2 only                                                      ☐ Obligations arising out of a separation agreement or divorce that you did not report as
☐ Debtor 1 and Debtor 2 only                                            priority claims
☐ At least one of the debtors and another                            ☐ Debts to pension or profit-sharing plans, and other similar debts
☐ **Check if this claim is for a community debt**                    ☑ Other. Specify  **Business Credit Card Personal Liability**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**4.11**  **JPMorgan Chase Bank, N.A.**                              **Last 4 digits of account number** __ __ __ __                **$13,639.40**
Nonpriority Creditor's Name
**s/b/m/t Chase Bank USA, N.A. c/o National**                        **When was the debt incurred?** _____
**Bankruptcy Services, LLC**

**P.O. Box 9013**                                                    **As of the date you file, the claim is:** Check all that apply.
Number        Street
                                                                     ☐ Contingent
**Addison, TX 75001**                                                ☐ Unliquidated
City            State          ZIP Code                              ☐ Disputed

**Who incurred the debt?** Check one.                                **Type of NONPRIORITY unsecured claim:**

☑ Debtor 1 only                                                      ☐ Student loans
☐ Debtor 2 only                                                      ☐ Obligations arising out of a separation agreement or divorce that you did not report as
☐ Debtor 1 and Debtor 2 only                                            priority claims
☐ At least one of the debtors and another                            ☐ Debts to pension or profit-sharing plans, and other similar debts
☐ **Check if this claim is for a community debt**                    ☑ Other. Specify  **Business Credit Card Personal Liability**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor 1  **Sherie**      **Gorley**     Case number *(if known)* **25-14226**
      First Name    Middle Name    Last Name

### Part 2: Your NONPRIORITY Unsecured Claims – Continuation Page

**After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth.**     **Total claim**

---

**4.12**   **JPMorgan Chase Bank, N.A.**     Last 4 digits of account number ___ ___ ___ ___     **$2,113.42**
Nonpriority Creditor's Name

**s/b/m/t Chase Bank USA, N.A. c/o National Bankruptcy Services, LLC**

**When was the debt incurred?** _____

**P.O. Box 9013**
Number   Street

**As of the date you file, the claim is:** Check all that apply.
❑ Contingent
❑ Unliquidated
❑ Disputed

**Addison, TX 75001**
City   State   ZIP Code

**Type of NONPRIORITY unsecured claim:**
❑ Student loans
❑ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
❑ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify **Business Credit Card Personal Liability**

**Who incurred the debt?** Check one.
☑ Debtor 1 only
❑ Debtor 2 only
❑ Debtor 1 and Debtor 2 only
❑ At least one of the debtors and another
❑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
❑ Yes

---

**4.13**   **Keybank NA**     Last 4 digits of account number **3 0 8 2**     **$11,673.00**
Nonpriority Creditor's Name

**Attn: Bankruptcy**

**When was the debt incurred?** **10/1/2021**

**4910 Tiedeman Rd OH-01-51-0622**
Number   Street

**As of the date you file, the claim is:** Check all that apply.
❑ Contingent
❑ Unliquidated
❑ Disputed

**Brooklyn, OH 44144**
City   State   ZIP Code

**Type of NONPRIORITY unsecured claim:**
❑ Student loans
❑ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
❑ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify **CheckCreditOrLineOfCredit**

**Who incurred the debt?** Check one.
☑ Debtor 1 only
❑ Debtor 2 only
❑ Debtor 1 and Debtor 2 only
❑ At least one of the debtors and another
❑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
❑ Yes

---

Debtor 1  **Sherie** _____ **Gorley**  Case number *(if known)* **25-14226**
First Name   Middle Name   Last Name

| **Part 2:** | **Your NONPRIORITY Unsecured Claims — Continuation Page** |

**After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth.**   Total claim

**4.14** **Keybank NA**   Last 4 digits of account number ___ ___ ___ ___   **$8,603.41**
Nonpriority Creditor's Name
**Attn: Bankruptcy**   When was the debt incurred? _____

**4910 Tiedeman Rd OH-01-51-0622**
Number   Street   **As of the date you file, the claim is:** Check all that apply.
**Brooklyn, OH 44144**   ☐ Contingent
City   State   ZIP Code   ☐ Unliquidated
☐ Disputed

**Who incurred the debt?** Check one.   **Type of NONPRIORITY unsecured claim:**
☑ Debtor 1 only   ☐ Student loans
☐ Debtor 2 only   ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another   ☐ Debts to pension or profit-sharing plans, and other similar debts
☐ **Check if this claim is for a community debt**   ☑ Other. Specify **Business Credit Card Personal Liability**

**Is the claim subject to offset?**
☑ No
☐ Yes

**4.15** **Keybank NA**   Last 4 digits of account number ___ ___ ___ ___   **$18,752.58**
Nonpriority Creditor's Name
**Attn: Bankruptcy**   When was the debt incurred? _____

**4910 Tiedeman Rd OH-01-51-0622**
Number   Street   **As of the date you file, the claim is:** Check all that apply.
**Brooklyn, OH 44144**   ☐ Contingent
City   State   ZIP Code   ☐ Unliquidated
☐ Disputed

**Who incurred the debt?** Check one.   **Type of NONPRIORITY unsecured claim:**
☑ Debtor 1 only   ☐ Student loans
☐ Debtor 2 only   ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another   ☐ Debts to pension or profit-sharing plans, and other similar debts
☐ **Check if this claim is for a community debt**   ☑ Other. Specify **Business Credit Card Personal Liability**

**Is the claim subject to offset?**
☑ No
☐ Yes

Debtor 1   **Sherie** _____ **Gorley** _____   Case number *(if known)* **25-14226**
　　　　　First Name　　Middle Name　　Last Name

| Part 2: | Your NONPRIORITY Unsecured Claims — Continuation Page |

**After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth.**　　**Total claim**

### 4.16 Keybank NA
Nonpriority Creditor's Name
**Attn: Bankruptcy**
**4910 Tiedeman Rd OH-01-51-0622**
Number　　Street
**Brooklyn, OH 44144**
City　　State　　ZIP Code

**Last 4 digits of account number** ___ ___ ___ ___　　**$3,476.31**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who incurred the debt?** Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  **Business Credit Card Personal Liability**

**Is the claim subject to offset?**
☑ No
☐ Yes

### 4.17 Lending Club
Nonpriority Creditor's Name
**Attn: Bankruptcy**
**595 Market Street, Suite 200**
Number　　Street
**San Francisco, CA 94105**
City　　State　　ZIP Code

**Last 4 digits of account number**　3　4　6　8　　**$38,410.00**

**When was the debt incurred?** **3/1/2025**

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who incurred the debt?** Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  **Unsecured**

**Is the claim subject to offset?**
☑ No
☐ Yes

Debtor 1  **Sherie**    **Gorley**    Case number *(if known)* **25-14226**
First Name    Middle Name    Last Name

### Part 2: Your NONPRIORITY Unsecured Claims — Continuation Page

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth.    **Total claim**

---

**4.18**   **Marquette Savings Bank**
Nonpriority Creditor's Name
**Attn: Bankruptcy**
**920 Peach St**
Number    Street
**Erie, PA 16501-1404**
City    State    ZIP Code

Last 4 digits of account number __ __ __ __    **$24,895.00**

When was the debt incurred?

**Who incurred the debt?** Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify **Business Credit Card Personal Liability**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**4.19**   **Navy Federal Credit Union**
Nonpriority Creditor's Name
**Attn: Bankruptcy**
**PO Box 3000**
Number    Street
**Merrifield, VA 22119-3000**
City    State    ZIP Code

Last 4 digits of account number **7 1 7 5**    **$10,373.00**

When was the debt incurred? **4/1/2021**

**Who incurred the debt?** Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify **CreditCard**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor 1  **Sherie** **Gorley** Case number *(if known)* **25-14226**
First Name    Middle Name    Last Name

### Part 2: Your NONPRIORITY Unsecured Claims — Continuation Page

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth.   **Total claim**

**4.20**  **Navy Federal Credit Union**
Nonpriority Creditor's Name
**Attn: Bankruptcy**
**PO Box 3000**
Number    Street
**Merrifield, VA 22119-3000**
City     State    ZIP Code

**Last 4 digits of account number** __ __ __ __    **$13,837.44**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who incurred the debt?** Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  **Business Credit Card Personal Liability**

**Is the claim subject to offset?**
☑ No
☐ Yes

**4.21**  **Pentagon Federal Credit Union**
Nonpriority Creditor's Name
**Attn: Bankruptcy**
**P.O. Box 1432**
Number    Street
**Alexandria, VA 22313-2032**
City     State    ZIP Code

**Last 4 digits of account number** 4 6 0 4    **$14.00**

**When was the debt incurred?** **10/1/2021**

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who incurred the debt?** Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  **CreditCard**

**Is the claim subject to offset?**
☑ No
☐ Yes

| Debtor 1 | **Sherie** | | **Gorley** | Case number *(if known)* **25-14226** |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

### Part 2: Your NONPRIORITY Unsecured Claims – Continuation Page

**After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth.**  **Total claim**

---

**4.22**  **Sam's Club**  
Nonpriority Creditor's Name  
**c/o Synchrony Bank**  
**Po Box 965060**  
Number       Street  
**Orlando, FL 32896-5060**  
City       State       ZIP Code  

**Last 4 digits of account number** ___  ___  ___  ___   **$3,787.76**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Who incurred the debt?** Check one.
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify  **Business Credit Card Personal Liability**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

---

**4.23**  **Sam's Club**  
Nonpriority Creditor's Name  
**c/o Synchrony Bank**  
**Po Box 965060**  
Number       Street  
**Orlando, FL 32896-5060**  
City       State       ZIP Code  

**Last 4 digits of account number** ___  ___  ___  ___   **$2,249.58**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Who incurred the debt?** Check one.
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify  **Business Credit Card Personal Liability**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Debtor 1  **Sherie** **Gorley**  Case number *(if known)* **25-14226**
First Name   Middle Name   Last Name

| Part 2: | Your NONPRIORITY Unsecured Claims – Continuation Page |
|---|---|

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth.   **Total claim**

### 4.24 Synchrony Bank
Nonpriority Creditor's Name
**Attn: Bankruptcy**
**PO Box 965064**
Number   Street
**Orlando, FL 32896-5064**
City   State   ZIP Code

Last 4 digits of account number **5 5 5 2**   **$1,932.00**
When was the debt incurred? **5/1/2011**

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who incurred the debt?** Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify **CreditCard**

**Is the claim subject to offset?**
☑ No
☐ Yes

### 4.25 Truist Bank
Nonpriority Creditor's Name
**Attn: Bankruptcy**
**214 N Tryon St Ste 3**
Number   Street
**Charlotte, NC 28202**
City   State   ZIP Code

Last 4 digits of account number **4 0 0 9**   **$8,089.00**
When was the debt incurred? **9/1/2021**

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who incurred the debt?** Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify **CreditCard**

**Is the claim subject to offset?**
☑ No
☐ Yes

Debtor 1  **Sherie** _____ **Gorley** _____  Case number *(if known)* **25-14226**
 First Name    Middle Name    Last Name

| Part 2: | Your NONPRIORITY Unsecured Claims – Continuation Page |

**After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth.**   Total claim

---

**4.26** **Trumark Financial Credit Union**   Last 4 digits of account number  **6 1 7 9**   **$9,637.80**
Nonpriority Creditor's Name
**Attn: Bankruptcy**   When was the debt incurred?   **9/1/2019**

**335 Commerce Dr**
Number   Street   **As of the date you file, the claim is:** Check all that apply.
**Ft Washington, PA 19034-2701**
City   State   ZIP Code
   ☐ Contingent
   ☐ Unliquidated
   ☐ Disputed

**Who incurred the debt?** Check one.
☑ Debtor 1 only   **Type of NONPRIORITY unsecured claim:**
☐ Debtor 2 only   ☐ Student loans
☐ Debtor 1 and Debtor 2 only   ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt   ☐ Debts to pension or profit-sharing plans, and other similar debts
   ☑ Other. Specify  **Business Credit Card Personal Liability**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**4.27** **Trumark Financial Credit Union**   Last 4 digits of account number  **0 0 0 1**   **$10,000.00**
Nonpriority Creditor's Name
**Attn: Bankruptcy**   When was the debt incurred?   **5/1/2018**

**335 Commerce Dr**
Number   Street   **As of the date you file, the claim is:** Check all that apply.
**Ft Washington, PA 19034-2701**
City   State   ZIP Code
   ☐ Contingent
   ☐ Unliquidated
   ☐ Disputed

**Who incurred the debt?** Check one.
☑ Debtor 1 only   **Type of NONPRIORITY unsecured claim:**
☐ Debtor 2 only   ☐ Student loans
☐ Debtor 1 and Debtor 2 only   ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt   ☐ Debts to pension or profit-sharing plans, and other similar debts
   ☑ Other. Specify  **CheckCreditOrLineOfCredit**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| Debtor 1 | Sherie | | Gorley | Case number *(if known)* 25-14226 |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

## Part 2: Your NONPRIORITY Unsecured Claims — Continuation Page

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth.    **Total claim**

---

**4.28** **Univest Bank & Trust Co.**
Nonpriority Creditor's Name
**Attn: Bankruptcy**
**14 N Main St**
Number      Street
**Souderton, PA 18964-1713**
City      State      ZIP Code

**Who incurred the debt?** Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number** __ __ __ __
**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   **Business Credit Card**

**$14,439.73**

---

**4.29** **Univest Bank & Trust Co.**
Nonpriority Creditor's Name
**Attn: Bankruptcy**
**14 N Main St**
Number      Street
**Souderton, PA 18964-1713**
City      State      ZIP Code

**Who incurred the debt?** Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number** __ __ __ __
**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   **Business Line of Credit Personal Liability**

**$44,748.46**

---

Official Form 106E/F      Schedule E/F: Creditors Who Have Unsecured Claims      page **15** of **17**

| Debtor 1 | **Sherie** | | **Gorley** | Case number *(if known)* **25-14226** |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

### Part 2: Your NONPRIORITY Unsecured Claims — Continuation Page

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth. **Total claim**

**4.30**

**WSFS Bank**
Nonpriority Creditor's Name

**500 Delaware Ave**
Number          Street

**Wilmington, DE 19801-1490**
City          State          ZIP Code

Last 4 digits of account number __ __ __ __

**When was the debt incurred?** _____

**Total claim: $7,000.00**

**As of the date you file, the claim is:** Check all that apply.
❏ Contingent
❏ Unliquidated
❏ Disputed

**Who incurred the debt?** Check one.
☑ Debtor 1 only
❏ Debtor 2 only
❏ Debtor 1 and Debtor 2 only
❏ At least one of the debtors and another
❏ **Check if this claim is for a community debt**

**Type of NONPRIORITY unsecured claim:**
❏ Student loans
❏ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
❏ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify **Business Credit Card Personal Liability**

**Is the claim subject to offset?**
☑ No
❏ Yes

| Debtor 1 | **Sherie** | | **Gorley** | Case number *(if known)* __25-14226__ |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

### Part 4: Add the Amounts for Each Type of Unsecured Claim

6.  Total the amounts of certain types of unsecured claims. This information is for statistical reporting purposes only. 28 U.S.C. § 159. Add the amounts for each type of unsecured claim.

|  |  |  |  | Total claim |
|---|---|---|---|---:|
| **Total claims from Part 1** | 6a. | **Domestic support obligations** | 6a. | $0.00 |
| | 6b. | **Taxes and certain other debts you owe the government** | 6b. | $0.00 |
| | 6c. | **Claims for death or personal injury while you were intoxicated** | 6c. | $0.00 |
| | 6d. | **Other.** Add all other priority unsecured claims. Write that amount here. | 6d. + | $0.00 |
| | 6e. | **Total.** Add lines 6a through 6d. | 6e. | $0.00 |

|  |  |  |  | Total claim |
|---|---|---|---|---:|
| **Total claims from Part 2** | 6f. | **Student loans** | 6f. | $0.00 |
| | 6g. | **Obligations arising out of a separation agreement or divorce that you did not report as priority claims** | 6g. | $0.00 |
| | 6h. | **Debts to pension or profit-sharing plans, and other similar debts** | 6h. | $0.00 |
| | 6i. | **Other.** Add all other nonpriority unsecured claims. Write that amount here. | 6i. + | $341,894.87 |
| | 6j. | **Total.** Add lines 6f through 6i. | 6j. | $341,894.87 |

Fill in this information to identify your case:

| | | |
|---|---|---|
| Debtor 1 | **Sherie** | **Gorley** |
| | First Name    Middle Name | Last Name |
| Debtor 2 (Spouse, if filing) | First Name    Middle Name | Last Name |
| United States Bankruptcy Court for the: | **Eastern District of Pennsylvania** | |
| Case number (if known) | **25-14226** | |

☑ Check if this is an amended filing

## Official Form 106Dec

## Declaration About an Individual Debtor's Schedules

**12/15**

**If two married people are filing together, both are equally responsible for supplying correct information.**

**You must file this form whenever you file bankruptcy schedules or amended schedules. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Sign Below

**Did you pay or agree to pay someone who is NOT an attorney to help you fill out bankruptcy forms?**

☑ No

☐ Yes. Name of person _____. Attach *Bankruptcy Petition Preparer's Notice, Declaration, and Signature (Official Form 119).*

**Under penalty of perjury, I declare that I have read the summary and schedules filed with this declaration and that they are true and correct.**

X **/s/ Sherie Gorley**

Sherie Gorley, Debtor 1

Date **10/22/2025**
   MM/ DD/ YYYY