Certificate Number: 14424-PAE-DE-040290341

Bankruptcy Case Number: 25-14226



14424-PAE-DE-040290341

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on November 8, 2025, at 9:17 o'clock PM EST, Sherie Gorley completed a course on personal financial management given by internet by BK Class Inc., a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date:   November 8, 2025

By:   /s/Mabelyn  Ramirez

Name:   Mabelyn  Ramirez

Title:   Instructor