**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**
**Philadelphia Division**

| | |
|---|---|
| Sherie Gorley,<br><br>                        Debtor. | Case No. 25-14226-PMM<br>Chapter 13 |

**Certificate of Service**

     I, Michael A. Cibik, certify that on January 21, 2026, I did cause a true and correct copy of the documents described below to be served on the parties listed on the mailing list exhibit, a copy of which is attached and incorporated as if fully set forth herein, by the means indicated and to all parties registered with the Clerk to receive electronic notice via the CM/ECF system:

- Second Amended Chapter 13 Plan

     I certify under penalty of perjury that the above document(s) was sent using the mode of service indicated below.

Date: January 21, 2026

                                                                      /s/ Michael A. Cibik
                                                                       Michael A. Cibik (#23110)
                                                                       Cibik Law, P.C.
                                                                       1500 Walnut Street, Suite 900
                                                                       Philadelphia, PA 19102
                                                                       215-735-1060
                                                                       mail@cibiklaw.com

**U.S. Trustee**
Robert NC Nix, Sr. Federal Building
900 Market Street
Suite 320
Philadelphia, PA 19107
Method of Service: CM/ECF

**Kenneth E. West**
Chapter 13 Trustee
190 N. Independence Mall West, Suite 701
Philadelphia, PA 19106
Method of Service: CM/ECF

**Navy Federal Credit Union**
Attn: Bankruptcy
PO Box 3000
Merrifield, VA 22119-3000
Method of Service: First Class Mail

**NMAC**
Attn: Bankruptcy
PO Box 660366
Dallas, TX 75266-0366
Method of Service: First Class Mail