B 2100A Form (2100A) (12/15)

# United States Bankruptcy Court

EASTERN DISTRICT OF PA

In Re:                                                                  Case No.  2514226
SHERIE GORLEY

### TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE, or deemed filed under 11 U.S.C. § 1111 (a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

Portfolio Recovery Associates, LLC                    LendingClub Bank, NA
----------------------------------------------        --------------------------------------------
Name of Transferee                                    Name of Transferor

Name and Address where notices to transferee          Court Claim # (if known): 24
should be sent:                                       Amount of Claim: $37,967.36
Portfolio Recovery Associates, LLC                    Date Claim Filed: 12/23/2025
POB 41067
Norfolk, VA 23541

Phone: (877)829-8298                                  Phone:
Last Four Digits of Acct # :  3468                    Last Four Digits of Acct #: 3468

Name and Address where transferee payments            Seller Information
Should be sent (if different from above)              LENDINGCLUB CORPORATION AS SERVICER
Portfolio Recovery Associates, LLC                    FOR LENDINGCLUB BANK
POB 12914                                             595 MARKET STREET
Norfolk, VA 23541                                     SUITE 200
                                                      SAN FRANCISCO CA 94105
Phone: (877)829-8298
Last Four Digits of Acct # :  3468

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: /s/ Alinecia Williams                             Date: 1/20/2026
    --------------------------------------------
    Transferee/Transferee's Agent
Email: Bankruptcy_Info@portfoliorecovery.com

*Penalty for making a false statement*: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571

## BILL OF SALE

LendingClub Corporation, a Delaware corporation ("**LendingClub**") and Portfolio Recovery Associates, LLC, a Delaware limited liability company ("**Buyer**") executed a Chapter 13 Account Purchase Agreement – Forward Flow dated as of June 18, 2020 ("Agreement"). The terms of the Agreement will govern this Bill of Sale and any capitalized but undefined terms herein will have the meanings given to such terms in the Agreement.

For value received and in further consideration of the mutual covenants and conditions set forth in the Agreement, the Investors referenced in the data file named ██████ ███████ hereby transfer(s), sell(s), conveys(s), grant(s), and deliver(s) to Buyer, its successors and assigns, without recourse except as set forth in the Agreement, to the extent of its ownership, the Accounts as set forth in the Account Schedule attached hereto as Exhibit I delivered by Seller to Buyer on the Closing Date, and as further described in the Agreement.

Pursuant to the Agreement, on December 30, 2025, the Closing Date, each Investor will sell (or cause to be sold) a pool of Accounts held by such Investors and described in the Account Schedule attached to this Bill of Sale.

LendingClub represents and warrants that each of the undersigned (other than LendingClub) has authorized LendingClub to execute this Bill of Sale on their behalf and take any action and execute any instruments or documents that LendingClub may deem reasonably necessary or advisable in connection with the transfers contemplated thereby.

Lot Number:          25-1206

Total Unpaid Balance:    ████████████

Number of Accounts:    ███

DATED: December 30, 2025

SELLER: LC Trust I

By: LENDINGCLUB CORPORATION, as Administrator

By: _Riley Long_____
Name (print): Riley Long
Title: SVP, Treasurer

SELLER: LendingClub Corporation

By: _Riley Long_____
Name (print): Riley Long
Title: SVP, Treasurer

SELLER: Banco Popular de Puerto Rico

By: LENDINGCLUB CORPORATION, as attorney-in-fact

By: _____ Riley Long _____
Name (print): Riley Long
Title: SVP, Treasurer

SELLER: BOAC AIF A4 Interval Pagani Trust

By: LENDINGCLUB CORPORATION, as attorney-in-fact

By: _____ Riley Long _____
Name (print): Riley Long
Title: SVP, Treasurer

SELLER: Central Pacific Bank

By: LENDINGCLUB CORPORATION, as attorney-in-fact

By: _____ Riley Long _____
Name (print): Riley Long
Title: SVP, Treasurer

SELLER: CIGPF I Corp.

By: LENDINGCLUB CORPORATION, as attorney-in-fact

By: _____ Riley Long _____
Name (print): Riley Long
Title: SVP, Treasurer

SELLER: Edge Focus High Yield Fund, LP

By: LENDINGCLUB CORPORATION, as attorney-in-fact

By: _____ Riley Long _____
Name (print): Riley Long
Title: SVP, Treasurer

SELLER: Fasanara Apex III

By: LENDINGCLUB CORPORATION, as attorney-in-fact

By: _____ Riley Long _____
Name (print): Riley Long
Title: SVP, Treasurer

SELLER: HCG Digital Finance Trust

By: LENDINGCLUB CORPORATION, as attorney-in-fact

By: _____
Name (print): Riley Long
Title: SVP, Treasurer


SELLER: HCL Trust I

By: LENDINGCLUB CORPORATION, as attorney-in-fact

By: _____
Name (print): Riley Long
Title: SVP, Treasurer


SELLER: IBI Consumer Credit, LP

By: LENDINGCLUB CORPORATION, as attorney-in-fact

By: _____
Name (print): Riley Long
Title: SVP, Treasurer


SELLER: LendingClub Bank

By: LENDINGCLUB CORPORATION, as attorney-in-fact

By: _____
Name (print): Riley Long
Title: SVP, Treasurer


SELLER: LendingClub Loan Certificate Issuer
Trust, Series 2022-LCX4

By: LENDINGCLUB CORPORATION, as attorney-in-fact

By: _____
Name (print): Riley Long
Title: SVP, Treasurer


SELLER: LendingClub Loan Certificate Issuer
Trust, Series 2022-NP2

By: LENDINGCLUB CORPORATION, as attorney-in-fact

By: _____
Name (print): Riley Long
Title: SVP, Treasurer

SELLER: LendingClub Loan Certificate Issuer
Trust, Series 2022-NP4

By: LENDINGCLUB CORPORATION, as attorney-in-fact

By: _Riley Long_____
Name (print): Riley Long
Title: SVP, Treasurer

SELLER: LendingClub Loan Certificate Issuer
Trust, Series 2022-NP6

By: LENDINGCLUB CORPORATION, as attorney-in-fact

By: _Riley Long_____
Name (print): Riley Long
Title: SVP, Treasurer

SELLER: LendingClub Loan Certificate Issuer
Trust, Series 2022-P4

By: LENDINGCLUB CORPORATION, as attorney-in-fact

By: _Riley Long_____
Name (print): Riley Long
Title: SVP, Treasurer

SELLER: LendingClub Rated Notes Grantor Trust,
Series 2025-P2

By: LENDINGCLUB CORPORATION, as attorney-in-fact

By: _Riley Long_____
Name (print): Riley Long
Title: SVP, Treasurer

SELLER: LendingClub Structured Loan Certificate
Issuer Trust Series, 2023-P13

By: LENDINGCLUB CORPORATION, as attorney-in-fact

By: _Riley Long_____
Name (print): Riley Long
Title: SVP, Treasurer

SELLER: LendingClub Structured Loan Certificate Issuer Trust Series, 2023-P16

By: LENDINGCLUB CORPORATION, as attorney-in-fact

By: _Riley Long_
Name (print): Riley Long
Title: SVP, Treasurer

SELLER: LendingClub Structured Loan Certificate Issuer Trust Series, 2023-P20

By: LENDINGCLUB CORPORATION, as attorney-in-fact

By: _Riley Long_
Name (print): Riley Long
Title: SVP, Treasurer

SELLER: LendingClub Structured Loan Certificate Issuer Trust, Series 2023-P11

By: LENDINGCLUB CORPORATION, as attorney-in-fact

By: _Riley Long_
Name (print): Riley Long
Title: SVP, Treasurer

SELLER: LendingClub Structured Loan Certificate Issuer Trust, Series 2023-P18

By: LENDINGCLUB CORPORATION, as attorney-in-fact

By: _Riley Long_
Name (print): Riley Long
Title: SVP, Treasurer

SELLER: LendingClub Structured Loan Certificate Issuer Trust, Series 2023-P19

By: LENDINGCLUB CORPORATION, as attorney-in-fact

By: _Riley Long_
Name (print): Riley Long
Title: SVP, Treasurer

SELLER: LendingClub Structured Loan Certificate Issuer Trust, Series 2023-P3

By: LENDINGCLUB CORPORATION, as attorney-in-fact

By: _Riley Long_____
Name (print): Riley Long
Title: SVP, Treasurer

SELLER: LendingClub Structured Loan Certificate Issuer Trust, Series 2023-P5

By: LENDINGCLUB CORPORATION, as attorney-in-fact

By: _Riley Long_____
Name (print): Riley Long
Title: SVP, Treasurer

SELLER: Lendingclub Structured Loan Certificate Issuer Trust, Series 2023-P6

By: LENDINGCLUB CORPORATION, as attorney-in-fact

By: _Riley Long_____
Name (print): Riley Long
Title: SVP, Treasurer

SELLER: LendingClub Structured Loan Certificate Issuer Trust, Series 2024-P1

By: LENDINGCLUB CORPORATION, as attorney-in-fact

By: _Riley Long_____
Name (print): Riley Long
Title: SVP, Treasurer

SELLER: LendingClub Structured Loan Certificate Issuer Trust, Series 2024-P10

By: LENDINGCLUB CORPORATION, as attorney-in-fact

By: _Riley Long_____
Name (print): Riley Long
Title: SVP, Treasurer

SELLER: LendingClub Structured Loan Certificate Issuer Trust, Series 2024-P12

By: LENDINGCLUB CORPORATION, as attorney-in-fact

By: _Riley Long_____

Name (print): Riley Long
Title: SVP, Treasurer

SELLER: LendingClub Structured Loan Certificate Issuer Trust, Series 2024-P13

By: LENDINGCLUB CORPORATION, as attorney-in-fact

By: _Riley Long_____

Name (print): Riley Long
Title: SVP, Treasurer

SELLER: LendingClub Structured Loan Certificate Issuer Trust, Series 2024-P14

By: LENDINGCLUB CORPORATION, as attorney-in-fact

By: _Riley Long_____

Name (print): Riley Long
Title: SVP, Treasurer

SELLER: LendingClub Structured Loan Certificate Issuer Trust, Series 2024-P15

By: LENDINGCLUB CORPORATION, as attorney-in-fact

By: _Riley Long_____

Name (print): Riley Long
Title: SVP, Treasurer

SELLER: LendingClub Structured Loan Certificate Issuer Trust, Series 2024-P17

By: LENDINGCLUB CORPORATION, as attorney-in-fact

By: _Riley Long_____

Name (print): Riley Long
Title: SVP, Treasurer

SELLER: LendingClub Structured Loan Certificate
Issuer Trust, Series 2024-P19

By: LENDINGCLUB CORPORATION, as attorney-in-fact

By: _Riley Long_____
Name (print): Riley Long
Title: SVP, Treasurer


SELLER: LendingClub Structured Loan Certificate
Issuer Trust, Series 2024-P21

By: LENDINGCLUB CORPORATION, as attorney-in-fact

By: _Riley Long_____
Name (print): Riley Long
Title: SVP, Treasurer


SELLER: LendingClub Structured Loan Certificate
Issuer Trust, Series 2024-P24

By: LENDINGCLUB CORPORATION, as attorney-in-fact

By: _Riley Long_____
Name (print): Riley Long
Title: SVP, Treasurer


SELLER: LendingClub Structured Loan Certificate
Issuer Trust, Series 2024-P28

By: LENDINGCLUB CORPORATION, as attorney-in-fact

By: _Riley Long_____
Name (print): Riley Long
Title: SVP, Treasurer


SELLER: LendingClub Structured Loan Certificate
Issuer Trust, Series 2024-P29

By: LENDINGCLUB CORPORATION, as attorney-in-fact

By: _Riley Long_____
Name (print): Riley Long
Title: SVP, Treasurer

SELLER: LendingClub Structured Loan Certificate Issuer Trust, Series 2024-P3

By: LENDINGCLUB CORPORATION, as attorney-in-fact

By: _____
Name (print): Riley Long
Title: SVP, Treasurer

SELLER: LendingClub Structured Loan Certificate Issuer Trust, Series 2024-P30

By: LENDINGCLUB CORPORATION, as attorney-in-fact

By: _____
Name (print): Riley Long
Title: SVP, Treasurer

SELLER: LendingClub Structured Loan Certificate Issuer Trust, Series 2024-P31

By: LENDINGCLUB CORPORATION, as attorney-in-fact

By: _____
Name (print): Riley Long
Title: SVP, Treasurer

SELLER: LendingClub Structured Loan Certificate Issuer Trust, Series 2024-P32

By: LENDINGCLUB CORPORATION, as attorney-in-fact

By: _____
Name (print): Riley Long
Title: SVP, Treasurer

SELLER: LendingClub Structured Loan Certificate Issuer Trust, Series 2024-P37

By: LENDINGCLUB CORPORATION, as attorney-in-fact

By: _____
Name (print): Riley Long
Title: SVP, Treasurer

SELLER: LendingClub Structured Loan Certificate Issuer Trust, Series 2024-P38

By: LENDINGCLUB CORPORATION, as attorney-in-fact

By: _Riley Long_____
Name (print): Riley Long
Title: SVP, Treasurer

SELLER: LendingClub Structured Loan Certificate Issuer Trust, Series 2024-P4

By: LENDINGCLUB CORPORATION, as attorney-in-fact

By: _Riley Long_____
Name (print): Riley Long
Title: SVP, Treasurer

SELLER: LendingClub Structured Loan Certificate Issuer Trust, Series 2024-P6

By: LENDINGCLUB CORPORATION, as attorney-in-fact

By: _Riley Long_____
Name (print): Riley Long
Title: SVP, Treasurer

SELLER: LendingClub Structured Loan Certificate Issuer Trust, Series 2025-P4

By: LENDINGCLUB CORPORATION, as attorney-in-fact

By: _Riley Long_____
Name (print): Riley Long
Title: SVP, Treasurer

SELLER: LendingClub Structured Loan Certificate Issuer Trust, Series 2025-P7

By: LENDINGCLUB CORPORATION, as attorney-in-fact

By: _Riley Long_____
Name (print): Riley Long
Title: SVP, Treasurer

SELLER: LendingClub Structured Loan Certificate
Issuer Trust, Series 2025-P8

By: LENDINGCLUB CORPORATION, as attorney-in-fact

By: _Riley Long_____
Name (print): Riley Long
Title: SVP, Treasurer

SELLER: Leo Acquisitions OV Trust

By: LENDINGCLUB CORPORATION, as attorney-in-fact

By: _Riley Long_____
Name (print): Riley Long
Title: SVP, Treasurer

SELLER: Libra Acquisitions OV Trust

By: LENDINGCLUB CORPORATION, as attorney-in-fact

By: _Riley Long_____
Name (print): Riley Long
Title: SVP, Treasurer

SELLER: Lynx 1 Note Issuer Trust

By: LENDINGCLUB CORPORATION, as attorney-in-fact

By: _Riley Long_____
Name (print): Riley Long
Title: SVP, Treasurer

SELLER: Merrick Bank

By: LENDINGCLUB CORPORATION, as attorney-in-fact

By: _Riley Long_____
Name (print): Riley Long
Title: SVP, Treasurer

SELLER: NBSF Canada 2021 Trust, Series 2021-1

By: LENDINGCLUB CORPORATION, as attorney-in-fact

By: _Riley Long_____
Name (print): Riley Long
Title: SVP, Treasurer

SELLER: NBSF II 2021 Trust, Series 2021-1

By: LENDINGCLUB CORPORATION, as attorney-in-fact

By: _Riley Long_____
Name (print): Riley Long
Title: SVP, Treasurer

SELLER: NBT Bank, National Association

By: LENDINGCLUB CORPORATION, as attorney-in-fact

By: _Riley Long_____
Name (print): Riley Long
Title: SVP, Treasurer

SELLER: Newburyport Five Cents Savings Bank

By: LENDINGCLUB CORPORATION, as attorney-in-fact

By: _Riley Long_____
Name (print): Riley Long
Title: SVP, Treasurer

SELLER: Oceanview LC Acquisition Trust

By: LENDINGCLUB CORPORATION, as attorney-in-fact

By: _Riley Long_____
Name (print): Riley Long
Title: SVP, Treasurer

SELLER: Pagaya AI Debt Grantor Trust 2021-4

By: LENDINGCLUB CORPORATION, as attorney-in-fact

By: _Riley Long_____
Name (print): Riley Long
Title: SVP, Treasurer

SELLER: Pagaya AI Debt Grantor Trust 2022-2

By: LENDINGCLUB CORPORATION, as attorney-in-fact

By: _Riley Long_____
Name (print): Riley Long
Title: SVP, Treasurer

SELLER: Pagaya AI Debt Grantor Trust 2022-4

By: LENDINGCLUB CORPORATION, as attorney-in-fact

By: _____
Name (print): Riley Long
Title: SVP, Treasurer


SELLER: Pagaya AI Debt Grantor Trust 2023-2

By: LENDINGCLUB CORPORATION, as attorney-in-fact

By: _____
Name (print): Riley Long
Title: SVP, Treasurer


SELLER: Pagaya AI Debt Grantor Trust 2023-5

By: LENDINGCLUB CORPORATION, as attorney-in-fact

By: _____
Name (print): Riley Long
Title: SVP, Treasurer


SELLER: Pagaya AI Debt Grantor Trust 2023-7

By: LENDINGCLUB CORPORATION, as attorney-in-fact

By: _____
Name (print): Riley Long
Title: SVP, Treasurer


SELLER: Pagaya AI Debt Grantor Trust 2024-6

By: LENDINGCLUB CORPORATION, as attorney-in-fact

By: _____
Name (print): Riley Long
Title: SVP, Treasurer


SELLER: Pagaya AI Debt Grantor Trust 2025-1

By: LENDINGCLUB CORPORATION, as attorney-in-fact

By: _____
Name (print): Riley Long
Title: SVP, Treasurer

SELLER: Pagaya AI Debt Grantor Trust 2025-2

By: LENDINGCLUB CORPORATION, as attorney-in-fact

By: _Riley Long_____

Name (print): Riley Long
Title: SVP, Treasurer


SELLER: Pagaya AI Debt Grantor Trust 2025-3

By: LENDINGCLUB CORPORATION, as attorney-in-fact

By: _Riley Long_____

Name (print): Riley Long
Title: SVP, Treasurer


SELLER: Pagaya AI Debt Grantor Trust 2025-R1

By: LENDINGCLUB CORPORATION, as attorney-in-fact

By: _Riley Long_____

Name (print): Riley Long
Title: SVP, Treasurer


SELLER: Pagaya AI Debt Grantor Trust 2025-R2

By: LENDINGCLUB CORPORATION, as attorney-in-fact

By: _Riley Long_____

Name (print): Riley Long
Title: SVP, Treasurer


SELLER: Pagaya AI Debt Selection Grantor Trust
2021-2

By: LENDINGCLUB CORPORATION, as attorney-in-fact

By: _Riley Long_____

Name (print): Riley Long
Title: SVP, Treasurer


SELLER: Pagaya AI Debt Selection Grantor Trust
2021-3

By: LENDINGCLUB CORPORATION, as attorney-in-fact

By: _Riley Long_____

Name (print): Riley Long
Title: SVP, Treasurer

SELLER: Pagaya AI Debt Selection Grantor Trust
2021-HG1

By: LENDINGCLUB CORPORATION, as attorney-in-fact

By: _Riley Long_____
Name (print): Riley Long
Title: SVP, Treasurer

SELLER: PT Lumin Trust

By: LENDINGCLUB CORPORATION, as attorney-in-fact

By: _Riley Long_____
Name (print): Riley Long
Title: SVP, Treasurer

SELLER: PT Mitosis Trust

By: LENDINGCLUB CORPORATION, as attorney-in-fact

By: _Riley Long_____
Name (print): Riley Long
Title: SVP, Treasurer

SELLER: PT Nova Trust

By: LENDINGCLUB CORPORATION, as attorney-in-fact

By: _Riley Long_____
Name (print): Riley Long
Title: SVP, Treasurer

SELLER: SPC Receivables Funding II Trust

By: LENDINGCLUB CORPORATION, as attorney-in-fact

By: _Riley Long_____
Name (print): Riley Long
Title: SVP, Treasurer

SELLER: Theorem Grantor Trust 2022-2

By: LENDINGCLUB CORPORATION, as attorney-in-fact

By: _Riley Long_____
Name (print): Riley Long
Title: SVP, Treasurer

SELLER: Theorem Grantor Trust 2022-3

By: LENDINGCLUB CORPORATION, as attorney-in-fact

By: _Riley Long_____
Name (print): Riley Long
Title: SVP, Treasurer


SELLER: Theorem Grantor Trust 2023-1

By: LENDINGCLUB CORPORATION, as attorney-in-fact

By: _Riley Long_____
Name (print): Riley Long
Title: SVP, Treasurer


SELLER: Theorem GS Term Loan Grantor Trust I

By: LENDINGCLUB CORPORATION, as attorney-in-fact

By: _Riley Long_____
Name (print): Riley Long
Title: SVP, Treasurer


SELLER: Theorem Main Master Fund LP

By: LENDINGCLUB CORPORATION, as attorney-in-fact

By: _Riley Long_____
Name (print): Riley Long
Title: SVP, Treasurer


SELLER: UMB Bank, NA, as the Ttee of PML Trust I

By: LENDINGCLUB CORPORATION, as attorney-in-fact

By: _Riley Long_____
Name (print): Riley Long
Title: SVP, Treasurer


SELLER: Webster Bank, N.A.

By: LENDINGCLUB CORPORATION, as attorney-in-fact

By: _Riley Long_____
Name (print): Riley Long
Title: SVP, Treasurer

SELLER: Wilmington Savings Fund Society, FSB, as the Ttee for Alternative Lending Holdings Trust III

By: LENDINGCLUB CORPORATION, as attorney-in-fact

By: _____
Name (print): Riley Long
Title: SVP, Treasurer

SELLER: Wilmington Savings Fund Society, FSB, as the Ttee for Diversified Alternatives Holdings Trust

By: LENDINGCLUB CORPORATION, as attorney-in-fact

By: _____
Name (print): Riley Long
Title: SVP, Treasurer

SELLER: Wilmington Savings Fund Society, FSB, as the Ttee for Loan Asset Holdings II Trust 2020-1

By: LENDINGCLUB CORPORATION, as attorney-in-fact

By: _____
Name (print): Riley Long
Title: SVP, Treasurer

SELLER: Wilmington Savings Fund Society, FSB, as the Ttee for Loan Asset Holdings II Trust 2021-1

By: LENDINGCLUB CORPORATION, as attorney-in-fact

By: _____
Name (print): Riley Long
Title: SVP, Treasurer

SELLER: Wilmington Savings Fund Society, FSB, as the Ttee for Loan Asset Holdings Trust 2020-1

By: LENDINGCLUB CORPORATION, as attorney-in-fact

By: _____
Name (print): Riley Long
Title: SVP, Treasurer

SELLER: Wilmington Savings Fund Society, FSB,
as the Ttee for Loan Asset Holdings Trust 2020-2

By: LENDINGCLUB CORPORATION, as attorney-in-fact

By: *Riley Long*
Name (print): Riley Long
Title: SVP, Treasurer

SELLER: Wilmington Savings Fund Society, FSB,
as the Ttee for Loan Asset Holdings Trust 2022-1

By: LENDINGCLUB CORPORATION, as attorney-in-fact

By: *Riley Long*
Name (print): Riley Long
Title: SVP, Treasurer

SELLER: Wilmington Savings Fund Society, FSB,
as the Ttee for Loan Asset Holdings Trust II 2022-1

By: LENDINGCLUB CORPORATION, as attorney-in-fact

By: *Riley Long*
Name (print): Riley Long
Title: SVP, Treasurer

SELLER: Wilmington Savings Fund Society, FSB,
as the Ttee of Alternative Lending Holdings Trust
II

By: LENDINGCLUB CORPORATION, as attorney-in-fact

By: *Riley Long*
Name (print): Riley Long
Title: SVP, Treasurer

SELLER: Wilmington Savings Fund Society, FSB,
as Ttee for Loan Asset Holdings Trust 2021 M-1

By: LENDINGCLUB CORPORATION, as attorney-in-fact

By: *Riley Long*
Name (print): Riley Long
Title: SVP, Treasurer

SELLER: Wilmington Savings Fund Society, FSB,
as Ttee for Loan Asset Holdings Trust 2021 M-2

By: LENDINGCLUB CORPORATION, as attorney-in-fact

By: _Riley Long_____
Name (print): Riley Long
Title: SVP, Treasurer


SELLER: Wilmington Savings Fund Society, FSB,
as Ttee for Loan Asset Holdings Trust II 2023-1

By: LENDINGCLUB CORPORATION, as attorney-in-fact

By: _Riley Long_____
Name (print): Riley Long
Title: SVP, Treasurer


SELLER: Wilmington Savings Fund Society, FSB,
as Ttee of Loan Asset Holdings Trust 2020 M-1

By: LENDINGCLUB CORPORATION, as attorney-in-fact

By: _Riley Long_____
Name (print): Riley Long
Title: SVP, Treasurer


SELLER: Wilmington Savings Fund Society, FSB,
Loan Asset Holdings Trust 2020-1

By: LENDINGCLUB CORPORATION, as attorney-in-fact

By: _Riley Long_____
Name (print): Riley Long
Title: SVP, Treasurer