United States Bankruptcy Court

Eastern District of Pennsylvania

In re:                                                                                          Case No. 25-14226-pmm

Sherie Gorley                                                                                   Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

| District/off: 0313-2 | User: admin | Page 1 of 5 |
|---|---|---|
| Date Rcvd: May 26, 2026 | Form ID: 155 | Total Noticed: 64 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 28, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | Sherie Gorley, 6117 Gardenia Street, Philadelphia, PA 19144-1016 |
| 15062452 | | Citibank/Best Buy, Citicorp Cr Srvs/Centralized Bankruptcy, St Louis, MO 63179-0040 |
| 15062457 | | Ditech, Attn: Bankruptcy, PO Box 10826, Greenville, SC 29603-0826 |
| 15062458 | | Elan Fin Svcs/fulton, Cb Disputes, Saint Louis, MO 63166 |
| 15062461 | | Keybank NA, Attn: Bankruptcy OH-01-51-0622 4910 Ti, Brooklyn, OH 44144 |
| 15062468 | | Pennsylvania Attorney General, 16th Floor, Strawberry Square, Harrisburg, PA 17120-0001 |
| 15062473 | | Philadelphia Municipal Court, Traffic Division, 800 Spring Garden St, Philadelphia, PA 19123-2616 |
| 15062475 | + | Sb1 Federal Credit Unio, P.o. Box 7480, Philadelphia, PA 19101-7480 |
| 15070369 | | U.S. Bank NA dba Elan Financial Services, Bankruptcy Department, PO Box 108, Saint Louis MO 63166-0108 |
| 15062484 | | U.S. Department of Justice, Attorney General, PO Box 683, Washington, DC 20044-0683 |
| 15070089 | ++ | US BANK, PO BOX 5229, CINCINNATI OH 45201-5229 address filed with court:, U.S. Bank National Association, Bankruptcy Department, PO Box 108, Saint Louis MO 63166-0108 |
| 15063934 | | Univest Bank & Trust Co., Attn: Bankruptcy, 14 N Main St, Souderton, PA 18964-1713 |

TOTAL: 12

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 15063899 | | Email/PDF: bncnotices@becket-lee.com | May 27 2026 04:03:59 | American Express National, Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern, PA 19355-0701 |
| 15063900 | | Email/Text: BAC_CreditCard_BNC_Emails@g2risksolutions.com | May 27 2026 03:58:00 | Bank of America, N.A., PO Box 673033, Dallas, TX 75267-3033 |
| 15062454 | | Email/Text: megan.harper@phila.gov | May 27 2026 03:58:00 | City of Philadelphia, c/o City of Philadelphia, Municipal Services Building, 1401 John F Kennedy Blvd Fl 5, Philadelphia, PA 19102-1617 |
| 15144496 | | Email/Text: megan.harper@phila.gov | May 27 2026 03:58:00 | City of Philadelphia, c/o MEGAN N. HARPER, City of Philadelphia - Law/Revenue Dept., 1401 JFK Blvd., Room 580, Philadelphia, PA 19102 |
| 15126102 | | Email/Text: megan.harper@phila.gov | May 27 2026 03:58:00 | City of Philadelphia Law Department, Tax Litigation and Collections Unit, 1401 John F. Kennedy Blvd., 5th floor, Philadelphia, PA 19102 |
| 15062450 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | May 27 2026 04:03:58 | Capital One, Attn: Bankruptcy, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 15095382 | + | Email/Text: BKBCNMAIL@carringtonms.com | May 27 2026 03:58:00 | Carrington Mortgage Services, LLC, 500 N. State College Blvd., Suites 1030, 1300 and 1400, Orange, CA 92868-1604 |
| 15062451 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | May 27 2026 04:03:53 | Citibank, Citicorp Cr Srvs/Centralized Bankruptcy, PO Box 790040, Saint Louis, MO 63179-0040 |
| 15062453 | | Email/PDF: Citi.BNC.Correspondence@citi.com | May 27 2026 04:03:53 | Citibank/The Home Depot, Citicorp Cr Srvs/Centralized Bankruptcy, Po Box 790040, |

|  |  |  |  |
|---|---|---|---|
|  |  |  | Saint Louis, MO 63179-0040 |
| 15062455 | | Email/Text: bankruptcy@philapark.org | |
| | | May 27 2026 03:58:00 | City of Philadelphia, Parking Violation Branch, PO Box 41819, Philadelphia, PA 19101-1819 |
| 15062456 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | |
| | | May 27 2026 03:58:00 | Comenity Capital/Davids Bridal, Attn: Bankruptcy, PO Box 182125, Columbus, OH 43218-2125 |
| 15070213 | | Email/Text: collecadminbankruptcy@fnni.com | |
| | | May 27 2026 03:58:00 | First National Bank of Omaha, 1601 Dodge St Stop Code 3113, Omaha, NE 68197 |
| 15063906 | | Email/Text: collecadminbankruptcy@fnni.com | |
| | | May 27 2026 03:58:00 | Fnb Omaha, Attn: Bankruptcy, P.O. Box 3128, Omaha, NE 68103 |
| 15063907 | | Email/Text: collecadminbankruptcy@fnni.com | |
| | | May 27 2026 03:58:00 | Fnb Omaha, Attn: Community Bank, P.O. Box 3128, Omaha, NE 68103 |
| 15063908 | + | Email/Text: bankruptcy@fultonbank.com | |
| | | May 27 2026 03:58:00 | Fulton Bank, N.A., 533 Fellowship Road Suite 250, Mount Laurel, NJ 08054-3411 |
| 15062459 | | Email/Text: sbse.cio.bnc.mail@irs.gov | |
| | | May 27 2026 03:58:00 | Internal Revenue Service, Centralized Insolvency Operation, PO Box 7346, Philadelphia, PA 19101-7346 |
| 15081311 | | Email/Text: JCAP_BNC_Notices@jcap.com | |
| | | May 27 2026 03:58:00 | Jefferson Capital Systems, LLC, PO BOX 7999, SAINT CLOUD, MN 56302-9617 |
| 15063910 | + | Email/Text: JPMCBKnotices@nationalbankruptcy.com | |
| | | May 27 2026 03:58:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, TX 75001-9013 |
| 15068667 | + | Email/Text: JPMCBKnotices@nationalbankruptcy.com | |
| | | May 27 2026 03:58:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |
| 15062460 | + | Email/Text: key_bankruptcy_ebnc@keybank.com | |
| | | May 27 2026 03:58:00 | KeyBank, Attn: Bankruptcy, 4910 Tiedeman Rd, Cleveland, OH 44144-2338 |
| 15063911 | + | Email/Text: key_bankruptcy_ebnc@keybank.com | |
| | | May 27 2026 03:58:00 | Keybank NA, Attn: Bankruptcy, 4910 Tiedeman Rd OH-01-51-0622, Brooklyn, OH 44144-2338 |
| 15086978 | | Email/PDF: resurgentbknotifications@resurgent.com | |
| | | May 27 2026 04:03:53 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15062462 | + | Email/Text: Documentfiling@lciinc.com | |
| | | May 27 2026 03:58:00 | Lending Club, Attn: Bankruptcy, 595 Market Street, Suite 200, San Francisco, CA 94105-5839 |
| 15086946 | + | Email/Text: Documentfiling@lciinc.com | |
| | | May 27 2026 03:58:00 | LendingClub Bank, NA, P.O. BOX 884268, Los Angeles, CA 90088-4268 |
| 15062463 | | Email/Text: EBN@Mohela.com | |
| | | May 27 2026 03:58:00 | Mohela, Attn: Bankruptcy, 633 Spirit Dr, Chesterfield, MO 63005-1243 |
| 15062464 | | Email/Text: EBN@Mohela.com | |
| | | May 27 2026 03:58:00 | Mohela/dofed, 633 Spirit Drive, Chesterfield, MO 63005 |
| 15063913 | + | Email/Text: anthony.stuart@marquettesavings.bank | |
| | | May 27 2026 03:58:00 | Marquette Savings Bank, Attn: Bankruptcy, 920 Peach St, Erie, PA 16501-1486 |
| 15062466 | | Email/Text: NissanBKNotices@nationalbankruptcy.com | |
| | | May 27 2026 03:58:00 | NMAC, Attn: Bankruptcy, PO Box 660366, Dallas, TX 75266-0366 |
| 15062465 | + | Email/Text: ext_ebn_inbox@navyfederal.org | |
| | | May 27 2026 03:58:00 | Navy Federal Credit Union, Attn: Bankruptcy, PO Box 3000, Merrifield, VA 22119-3000 |
| 15071748 | ^ | MEBN | |
| | | May 27 2026 03:54:55 | Navy Federal Credit Union, PO BOX 23800, Merrifield, VA 22119-2380 |
| 15094206 | | Email/Text: ext_ebn_inbox@navyfederal.org | |
| | | May 27 2026 03:58:00 | Navy Federal Credit Union, P.O. Box 3000, Merrifield, VA 22119-3000 |
| 15078562 | + | Email/Text: NissanBKNotices@nationalbankruptcy.com | |
| | | May 27 2026 03:58:00 | Nissan Motor Acceptance Company LLC, fka Nissan Motor Acceptance Corporation, PO Box 9013, Addison, Texas 75001-9013 |

District/off: 0313-2                                    User: admin                                    Page 3 of 5

Date Rcvd: May 26, 2026                                Form ID: 155                                Total Noticed: 64

| | | | |
|---|---|---|---|
| 15062467 | + Email/Text: bankruptcygroup@peco-energy.com | May 27 2026 03:58:00 | PECO Energy Company, 2301 Market St, Philadelphia, PA 19103-1380 |
| 15062471 | Email/Text: bkrgeneric@penfed.org | May 27 2026 03:58:00 | Pentagon Federal Credit Union, Attn: Bankruptcy, P.O. Box 1432, Alexandria, VA 22313-2032 |
| 15062472 | ^ MEBN | May 27 2026 03:54:57 | PGW, Legal - Bankruptcy Unit, 800 W Montgomery Ave Fl 3, Philadelphia, PA 19122-2806 |
| 15095361 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | May 27 2026 04:03:55 | Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541 |
| 15062469 | Email/Text: RVSVCBICNOTICE1@state.pa.us | May 27 2026 03:58:00 | Pennsylvania Department of Revenue, Bankruptcy Division, 1 Revenue Pl, Harrisburg, PA 17129-0001 |
| 15062470 | ^ MEBN | May 27 2026 03:54:59 | Pennsylvania Office of General Counsel, 333 Market St Fl 17, Harrisburg, PA 17101-2210 |
| 15062474 | Email/Text: bankruptcy@philapark.org | May 27 2026 03:58:00 | Philadelphia Parking Authority, Bankruptcy Department, 701 Market St, Philadelphia, PA 19106-1538 |
| 15063925 | Email/PDF: ais.sync.ebn@aisinfo.com | May 27 2026 04:03:52 | Sam's Club, c/o Synchrony Bank, Po Box 965060, Orlando, FL 32896-5060 |
| 15062476 | + Email/PDF: cbp@omf.com | May 27 2026 04:03:52 | Springlf Fin, Po Box 1010, Evansville, IN 47706-1010 |
| 15062477 | + Email/PDF: ais.sync.ebn@aisinfo.com | May 27 2026 04:03:52 | Syncb/walm, Po Box 71746, Philadelphia, PA 19176-1746 |
| 15063928 | Email/PDF: ais.sync.ebn@aisinfo.com | May 27 2026 04:03:55 | Synchrony Bank, Attn: Bankruptcy, PO Box 965064, Orlando, FL 32896-5064 |
| 15062478 | + Email/PDF: ais.sync.ebn@aisinfo.com | May 27 2026 04:03:52 | Synchrony Bank/Gap, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 15062479 | Email/PDF: ais.sync.ebn@aisinfo.com | May 27 2026 04:03:55 | Synchrony/PayPal Credit, Attn: Bankruptcy, PO Box 965064, Orlando, FL 32896-5064 |
| 15062480 | Email/Text: bankruptcy@td.com | May 27 2026 03:58:00 | TD Bank, N.A., Attn: Bankruptcy, 32 Chestnut Street PO Box 1377, Lewiston, ME 04243 |
| 15062481 | + Email/Text: bankruptcy@bbandt.com | May 27 2026 03:58:00 | Truist Bank, Attn: Bankruptcy, 214 N Tryon St Ste 3, Charlotte, NC 28202-1023 |
| 15073663 | + Email/Text: bankruptcy@bbandt.com | May 27 2026 03:58:00 | Truist Bank, PO Box 1847 / 100-50-01-51, Wilson, NC 27894-1847 |
| 15062482 | Email/Text: dbogucki@trumark.org | May 27 2026 03:58:00 | Trumark Financial Credit Union, Attn: Bankruptcy, 335 Commerce Dr, Ft Washington, PA 19034-2701 |
| 15062483 | Email/Text: usapae.bankruptcynotices@usdoj.gov | May 27 2026 03:58:00 | U.S. Attorney, Eastern District of Pa., 615 Chestnut St Ste 1250, Philadelphia, PA 19106-4404 |
| 15070369 | Email/Text: RPSBankruptcyBNCNotification@usbank.com | May 27 2026 03:58:00 | U.S. Bank NA dba Elan Financial Services, Bankruptcy Department, PO Box 108, Saint Louis MO 63166-0108 |
| 15070089 | Email/Text: RPSBankruptcyBNCNotification@usbank.com | May 27 2026 03:58:00 | U.S. Bank National Association, Bankruptcy Department, PO Box 108, Saint Louis MO 63166-0108 |
| 15062485 | + Email/Text: ElectronicBkyDocs@nelnet.studentaid.gov | May 27 2026 03:58:00 | Usdoe/glelsi, 2401 International Lane, Madison, WI 53704-3121 |
| 15063936 | Email/Text: Bankruptcy@wsfsbank.com | May 27 2026 03:58:00 | WSFS Bank, 500 Delaware Ave, Wilmington, DE 19801-1490 |

TOTAL: 54

District/off: 0313-2 | User: admin | Page 4 of 5
Date Rcvd: May 26, 2026 | Form ID: 155 | Total Noticed: 64

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 15082120 | * | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 15082127 | * | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 15063902 | *P++ | CITY OF PHILADELPHIA LAW DEPARTMENT, MUNICIPAL SERVICES BUILDING, 1401 JOHN F KENNEDY BLVD 5TH FLOOR, PHILADELPHIA PA 19102-1617, address filed with court:, City of Philadelphia, c/o City of Philadelphia, Municipal Services Building, 1401 John F Kennedy Blvd Fl 5, Philadelphia, PA 19102-1617 |
| 15063901 | *+ | Citibank, Citicorp Cr Srvs/Centralized Bankruptcy, PO Box 790040, Saint Louis, MO 63179-0040 |
| 15063903 | * | City of Philadelphia, Parking Violation Branch, PO Box 41819, Philadelphia, PA 19101-1819 |
| 15063904 | * | Ditech, Attn: Bankruptcy, PO Box 10826, Greenville, SC 29603-0826 |
| 15063905 | * | Elan Fin Svcs/fulton, Cb Disputes, Saint Louis, MO 63166 |
| 15063909 | * | Internal Revenue Service, Centralized Insolvency Operation, PO Box 7346, Philadelphia, PA 19101-7346 |
| 15068668 | *+ | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |
| 15068669 | *+ | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |
| 15069491 | *+ | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |
| 15063912 | *+ | Lending Club, Attn: Bankruptcy, 595 Market Street, Suite 200, San Francisco, CA 94105-5839 |
| 15063914 | *P++ | MOHELA, CLAIMS DEPARTMENT, 633 SPIRIT DRIVE, CHESTERFIELD MO 63005-1243, address filed with court:, Mohela, Attn: Bankruptcy, 633 Spirit Dr, Chesterfield, MO 63005-1243 |
| 15063916 | * | NMAC, Attn: Bankruptcy, PO Box 660366, Dallas, TX 75266-0366 |
| 15063915 | * | Navy Federal Credit Union, Attn: Bankruptcy, PO Box 3000, Merrifield, VA 22119-3000 |
| 15063917 | *+ | PECO Energy Company, 2301 Market St, Philadelphia, PA 19103-1380 |
| 15063922 | * | PGW, Legal - Bankruptcy Unit, 800 W Montgomery Ave Fl 3, Philadelphia, PA 19122-2806 |
| 15063918 | * | Pennsylvania Attorney, General, 16th Floor, Strawberry Square, Harrisburg, PA 17120-0001 |
| 15063919 | * | Pennsylvania Department of, Revenue, Bankruptcy Division, 1 Revenue Pl, Harrisburg, PA 17129-0001 |
| 15063920 | * | Pennsylvania Office of, General Counsel, 333 Market St Fl 17, Harrisburg, PA 17101-2210 |
| 15063921 | *+ | Pentagon Federal Credit, Union, Attn: Bankruptcy, P.O. Box 1432, Alexandria, VA 22313-1432 |
| 15063923 | * | Philadelphia Municipal Court, Traffic Division, 800 Spring Garden St, Philadelphia, PA 19123-2616 |
| 15063924 | * | Philadelphia Parking, Authority, Bankruptcy Department, 701 Market St, Philadelphia, PA 19106-1538 |
| 15063926 | *+ | Sb1 Federal Credit Unio, P.o. Box 7480, Philadelphia, PA 19101-7480 |
| 15063927 | *+ | Springlf Fin, Po Box 1010, Evansville, IN 47706-1010 |
| 15063929 | *P++ | TD BANKNORTH NA, 70 GRAY ROAD, FALMOUTH ME 04105-2019, address filed with court:, TD Bank, N.A., Attn: Bankruptcy, 32 Chestnut Street PO Box 1377, Lewiston, ME 04243 |
| 15063930 | *+ | Truist Bank, Attn: Bankruptcy, 214 N Tryon St Ste 3, Charlotte, NC 28202-1023 |
| 15063931 | * | Trumark Financial Credit, Union, Attn: Bankruptcy, 335 Commerce Dr, Ft Washington, PA 19034-2701 |
| 15063932 | * | U.S. Attorney, Eastern District, of Pa., 615 Chestnut St Ste 1250, Philadelphia, PA 19106-4404 |
| 15063933 | * | U.S. Department of Justice, Attorney General, PO Box 683, Washington, DC 20044-0683 |
| 15063935 | *+ | Usdoe/glelsi, 2401 International Lane, Madison, WI 53704-3121 |

TOTAL: 0 Undeliverable, 31 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 28, 2026          Signature:          /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

District/off: 0313-2

User: admin

Page 5 of 5

Date Rcvd: May 26, 2026

Form ID: 155

Total Noticed: 64

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 26, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| KENNETH E. WEST | ecfemails@ph13trustee.com  philaecf@gmail.com |
| MEGAN N. HARPER | on behalf of Creditor CITY OF PHILADELPHIA megan.harper@phila.gov  Edelyne.Jean-Baptiste@Phila.gov |
| MICHAEL A. CIBIK | on behalf of Debtor Sherie Gorley help@cibiklaw.com noreply01@cibiklaw.com;noreply02@cibiklaw.com;noreply03@cibiklaw.com;noreply04@cibiklaw.com;noreply05@cibiklaw.com;cibiklawpc@jubileebk.net;cibiklaw@recap.email;ecf@casedriver.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 4

*Form 155* (2/24)

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:                      )

    Sherie Gorley          )          Case No. 25–14226–pmm

                      )

                      )

    Debtor(s).            )          Chapter: 13

                      )

                      )

## <u>ORDER CONFIRMING PLAN UNDER CHAPTER 13</u>

**AND NOW**, upon consideration of the plan submitted by the debtor under chapter 13 of title 11 U.S.C. and the standing trustee's report which has been filed; and it appearing that:

**A.** a meeting of creditors upon notice pursuant to 11 U.S.C. 341 (a) and a confirmation hearing upon notice having been held;

**B.** the plan complies with the provisions of 11 U.S.C. 1322 and 1325 and with other applicable provisions of title 11 U.S.C.;

**C.** any fee, charge or amount required under chapter 13 of title 28 or by the plan, to be paid before confirmation, has been paid;

**WHEREFORE**, it is **ORDERED** that the plan is **CONFIRMED**.


Date: May 26, 2026                     For The Court

                                     Patricia M. Mayer
                                     Judge, United States Bankruptcy Court